# EXHIBIT 1

## CATEGORY A

11300038.00001 - Dongguan Pengcheng Electronic Commerce Co., Ltd./Gieury-US Patent Litigation

**CATEGORY A**

**FEES**

| Date | Tkpr | TKPR Name | Status | Hours | Rate | Amount | Narrative | Notes |
|---|---|---|---|---|---|---|---|---|
| 3/17/2025 | 798 | Kramer, Thomas H. | B | 0.50 | $525.00 | $262.50 | Research and analysis docket in NDIL related action; PACER search | |
| 3/25/2025 | 482 | Potter, Anthony S. | B | 0.80 | $475.00 | $380.00 | Analyzed Illinois Schedule A patent litigation, ~~reviewed opposition to TRO from client and conference with Victor Balladares and T. Kraemer to outline a strategy.~~ | 1.6 hours total. Estimated and adjusted to: **0.8 Analyzed Illinois Schedule A patent litigation,** 0.8 reviewed opposition to TRO from client and conference with Victor Balladares and T. Kraemer to outline a strategy |
| 3/25/2025 | 798 | Kramer, Thomas H. | B | 0.80 | $580.00 | $464.00 | ~~Receipt, review, and analysis AREYTECO evidence re non-infringement, invalidity; analysis of relationship of proposed defendant clients; correspondence from client re TRO response; confer internally re local counsel role in WDPA;; confer AP, VB re EoA and initial filing;~~ analysis of docket in NDIL 24-cv-12944; | 2.9 hours total. Estimated and adjusted to: 1.5 Receipt, review, and analysis AREYTECO evidence re non-infringement, invalidity; confer internally re local counsel role in WDPA;; confer AP, VB re EoA and initial filing; [NOT PART OF FEE REQUEST] 0.5 analysis of relationship of proposed defendant clients; 0.1 correspondence from client re TRO response; **0.8 analysis of docket in NDIL 24-cv-12944;** |
| 3/26/2025 | 482 | Potter, Anthony S. | B | 1.10 | $474.00 | $521.40 | Analyzed Dongguan Deego Trading Co. Northern District of Illinois Eastern Division complaint and exhibits. | |
| 4/2/2025 | 798 | Kramer, Thomas H. | B | 2.10 | $580.00 | $1,218.00 | ~~Research and analysis regarding opposition to preliminary injunction and response to show cause order;~~ research and analysis regarding related case in Northern District of Illinois; | 4.1 hours total. Estimated and adjusted to: 2.0 Research and analysis regarding opposition to preliminary injunction and response to show cause order; **2.1 research and analysis regarding related case in Northern District of Illinois;** |
| 4/9/2025 | 482 | Potter, Anthony S. | B | 0.50 | $525.00 | $262.50 | Analyzed the answer, court order and stipulation from the Northern District of Illinois. | |
| 4/15/2025 | 482 | Potter, Anthony S. | B | 0.60 | $525.00 | $315.00 | Analyzed additional factual information and prior docket from Northern District of Illinois from client for the opposition to the Preliminary Objection | |
| | | | | **6.40** | | **$3,423.40** | **Total Fees in Category A** | |

NOTES:
All work relating to analysis of the prior N.D.Ill Action is related to the Plaintiff's violation of the related-case order. Time is applied at 100%.

For entries that were block billed, time was estimated and adjusted to only relevant work

# CATEGORY B

11300038.00001 - Dongguan Pengcheng Electronic Commerce Co., Ltd./Gieury-US Patent Litigation

**CATEGORY B**

**FEES**

| Date | Tkpr | TKPR Name | Status | Hours | Rate | Amount | Narrative | Notes |
|---|---|---|---|---|---|---|---|---|
| 3/18/2025 | 798 | Kramer, Thomas H. | B | 0.80 | $525.00 | $420.00 | Research caselaw re Schedule A litigation, misjoinder | |
| 3/25/2025 | 798 | Kramer, Thomas H. | B | 0.50 | $580.00 | $290.00 | ~~Receipt, review, and analysis AREYTECO evidence re non-infringement, invalidity;~~ analysis of relationship of proposed defendant clients; ~~correspondence from client re TRO response; confer internally re local counsel role in WDPA;; confer AP, VB re EoA and initial filing; analysis of docket in NDIL 24-cv-12944;~~ | **2.9 hours total. Estimated and adjusted to:** 1.5 Receipt, review, and analysis AREYTECO evidence re non-infringement, invalidity; confer internally re local counsel role in WDPA;; confer AP, VB re EoA and initial filing; [NOT PART OF FEE REQUEST] **0.5 analysis of relationship of proposed defendant clients;** 0.1 correspondence from client re TRO response; 0.8 analysis of docket in NDIL 24-cv-12944; |
| 3/27/2025 | 798 | Kramer, Thomas H. | B | 3.90 | $580.00 | $2,262.00 | research and analysis for oppo to PI and MtD R21 misjoinder | |
| | | | | 5.20 | | $2,972.00 | Total Fees in Category B | |

NOTES:
All time spent on improper joinder is related to the Plaintiff's violation of the Court's related-case order because if Plaintiff had complied with the order, it would have been necessary to file against each defendant separately to comply

For entries that were block billed, time was estimated and adjusted to only relevant work

**CATEGORY C**

11300038.00001 - Dongguan Pengcheng Electronic Commerce Co., Ltd./Gieury-US Patent Litigation

CATEGORY C

| Date | Tkpr | TKPR Name | Status | Hours | Rate | Amount | % of Brief - 12-cv-12944 | 12-cv-12944 Total | % of Brief- Misjoinder | Misjoinder Total | Total | Narrative | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/25/2025 | 1130 | Balladares, Victor R. | B | 1.10 | $550.00 | $605.00 | 22.40% | $135.52 | 30.60% | $185.13 | $320.65 | Correspondence regarding case; Conduct research regarding same; Conference regarding case strategy. | |
| 3/25/2025 | 482 | Potter, Anthony S. | B | 0.80 | $475.00 | $380.00 | 22.40% | $85.12 | 30.60% | $116.28 | $201.40 | Analyzed Illinois Schedule A patent litigation, reviewed opposition to TRO from client and conference with Victor Balladares and T. Kraemer to outline a strategy. | **1.6 hours total. Estimated and adjusted to:** **0.8** Analyzed Illinois Schedule A patent litigation, **0.8** reviewed opposition to TRO from client and conference with Victor Balladares and T. Kraemer to outline a strategy |
| 3/25/2025 | 798 | Kramer, Thomas H. | B | 0.10 | $580.00 | $58.00 | 22.40% | $12.99 | 30.60% | $17.75 | $30.74 | Receipt, review, and analysis AREYTECO evidence re non-infringement, invalidity; analysis of relationship of proposed defendant clients; correspondence from client re TRO response; confer internally re local counsel role in WDPA;; confer AP, VB re EoA and initial filing; analysis of docket in NDIL 24-cv-12944; | **2.9 hours total. Estimated and adjusted to:** 1.5 Receipt, review, and analysis AREYTECO evidence re non-infringement, invalidity; confer internally re local counsel role in WDPA;; confer AP, VB re EoA and initial filing; [NOT PART OF FEE REQUEST] 0.5 analysis of relationship of proposed defendant clients; **0.1 correspondence from client re TRO response;** 0.8 analysis of docket in NDIL 24-cv-12944; |
| 3/26/2025 | 1133 | StHilaire, Robyn | B | 1.80 | $190.00 | $342.00 | 22.40% | $76.61 | 30.60% | $104.65 | $181.26 | Complied and reviewed party information re WD Pa matter; analyzed local and federal rules of civil procedure in preparation to file motion for relief | |
| 3/26/2025 | 482 | Potter, Anthony S. | B | 1.30 | $475.00 | $617.50 | 22.40% | $138.32 | 30.60% | $188.96 | $327.28 | Analyzed Court orders including TRO and orders scheduling responses | |
| 3/28/2025 | 1130 | Balladares, Victor R. | B | 1.20 | $550.00 | $660.00 | 22.40% | $147.84 | 30.60% | $201.96 | $349.80 | Correspondence regarding matter; conduct research related rot dismiss TROs in WDP | |
| 3/28/2025 | 1133 | StHilaire, Robyn | B | 5.10 | $190.00 | $969.00 | 22.40% | $217.06 | 30.60% | $296.51 | $513.57 | Conferred w/ T. Kramer re: injunctive releif Analyzed Third Circuit test for temporary injunction; complied images of client products as received | |
| 3/28/2025 | 482 | Potter, Anthony S. | B | 1.60 | $525.00 | $840.00 | 22.40% | $188.16 | 30.60% | $257.04 | $445.20 | Analyzed entry of TRO , reviewed case law and discussed strategy with T. Kramer and R. St. Hilliare.. | |
| 3/28/2025 | 482 | Potter, Anthony S. | B | 0.60 | $525.00 | $315.00 | 22.40% | $70.56 | 30.60% | $96.39 | $166.95 | Analyzed standards and case law for dissolving a Schedule A TRO. | |
| 3/28/2025 | 482 | Potter, Anthony S. | B | 0.20 | $525.00 | $105.00 | 22.40% | $23.52 | 30.60% | $32.13 | $55.65 | Reviewed correspondence from client including spreadsheets on Amazon freeze on accounts in order to evaluate TRO and Plrelimpary injunction. | |
| 3/28/2025 | 798 | Kramer, Thomas H. | B | 0.50 | $580.00 | $290.00 | 22.40% | $64.96 | 30.60% | $88.74 | $153.70 | Correspondence from client re TRO effects; analysis of infringement averments and exhibits vs individual defendants; instructions RSH re 1) research on motion to dissolve TRO/PI in Sched A patent context and 2) photography of client samples for non-infringement and invalidity arguments; analysis of images vs plaintiff's infringement allegations; | **4.8 hours total. Estimate and adjusted to:** **0.5 Correspondence from client re TRO effects; instructions RSH re 1) research on motion to dissolve TRO/PI in Sched A patent context** 0.5 and 2) photography of client samples for non-infringement and invalidity arguments; [NOT PART OF FEE REQUEST] 3.8 analysis of infringement averments and exhibits vs individual defendants; analysis of images vs plaintiff's infringement allegations; [NOT PART OF FEE REQUEST] |
| 4/2/2025 | 482 | Potter, Anthony S. | B | 0.40 | $525.00 | $210.00 | 22.40% | $47.04 | 30.60% | $64.26 | $111.30 | Analyzed litigation strategy and provided input on motion to dismiss and PI. | |
| 4/2/2025 | 798 | Kramer, Thomas H. | B | 2.00 | $580.00 | $1,160.00 | 22.40% | $259.84 | 30.60% | $354.96 | $614.80 | Research and analysis regarding opposition to preliminary injunction and response to show cause order; research and analysis regarding related case in Northern District of Illinois; | **4.1 hours total. Estimated and adjusted to:** **2.0 Research and analysis regarding opposition to preliminary injunction and response to show cause order;** 2.1 research and analysis regarding related case in Northern District of Illinois; |
| 4/9/2025 | 798 | Kramer, Thomas H. | B | 2.80 | $580.00 | $1,624.00 | 22.40% | $363.78 | 30.60% | $496.94 | $860.72 | Call w/ client (Wes/Gieury-US); Receipt and analysis of clients proposals for opposition; analysis regarding response to opposing counsel regarding settlement; review client correspondence regarding launch dates of accused products and evidence in support of same; research and analysis in support of opposition to TRO / preliminary injunction / SCO | **3.8 hours total. Estimated and adjusted to:** **2.8 Call w/ client (Wes/Gieury-US); Receipt and analysis of clients proposals for opposition; research and analysis in support of opposition to TRO / preliminary injunction / SCO** 1.0 analysis regarding response to opposing counsel regarding settlement; review client correspondence regarding launch dates of accused products and evidence in support of same; [NOT PART OF FEE REQUEST] |
| 4/10/2025 | 798 | Kramer, Thomas H. | B | 2.10 | $580.00 | $1,218.00 | 22.40% | $272.83 | 30.60% | $372.71 | $645.54 | Call with Lauren Sabol of Fox Rothschild regarding litigation plan and coordination; instructions MB regarding PhD admission to USDC for WDPA; correspondence with client regarding proof of first sale dates; analysis of evidence regarding same; analysis and drafting related to response to show cause order | **4.2 hours total. Estimated and adjusted to:** **2.1 Call with Lauren Sabol of Fox Rothschild regarding litigation plan and coordination; analysis and drafting related to response to show cause order** 2.1 instructions MB regarding PhD admission to USDC for WDPA; correspondence with client regarding proof of first sale dates; analysis of evidence regarding same; [NOT PART OF FEE REQUEST] |
| 4/12/2025 | 798 | Kramer, Thomas H. | B | 2.50 | $580.00 | $1,450.00 | 22.40% | $324.80 | 30.60% | $443.70 | $768.50 | Analysis and drafting related to response to show cause order; correspondence with client regarding identification of samples of accused products | **2.9 hours total. Estimated and adjusted to:** **2.5 Analysis and drafting related to response to show cause order;** 0.4 correspondence with client regarding identification of samples of accused products [NOT PART OF FEE REQUEST] |
| 4/13/2025 | 798 | Kramer, Thomas H. | B | 6.80 | $580.00 | $3,944.00 | 22.40% | $883.46 | 30.60% | $1,206.86 | $2,090.32 | Analysis and drafting related to response to show cause order | |
| 4/14/2025 | 798 | Kramer, Thomas H. | B | 1.50 | $580.00 | $870.00 | 22.40% | $194.88 | 30.60% | $266.22 | $461.10 | correspondence with clients regarding additional arguments for opposition; drafting response to show cause order; | |
| 4/15/2025 | 1130 | Balladares, Victor R. | B | 0.60 | $550.00 | $330.00 | 22.40% | $73.92 | 30.60% | $100.98 | $174.90 | Correspondence regarding restraining order and injunction strategy. | |
| 4/15/2025 | 798 | Kramer, Thomas H. | B | 8.30 | $580.00 | $4,814.00 | 22.40% | $1,078.34 | 30.60% | $1,473.08 | $2,551.42 | Drafting and revising response to SCO; correspondence client re comments on same | |
| 4/16/2025 | 1133 | StHilaire, Robyn | B | 3.80 | $190.00 | $722.00 | 22.40% | $161.73 | 30.60% | $220.93 | $382.66 | Analyzed Pennsylvania Western District local rules in preparation to file including relevant filings and court documents; revised filing in preparation of filing | |
| 4/16/2025 | 482 | Potter, Anthony S. | B | 6.10 | $525.00 | $3,202.50 | 22.40% | $717.36 | 30.60% | $979.97 | $1,697.33 | Draft and revised Schedule A Defendants response to the order to show cause. | |

## CATEGORY C

| Date | ID | Timekeeper | | Hours | Rate | Amount | % | Amount | % | Amount | Total | Description | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/16/2025 | 482 | Potter, Anthony S. | B | 1.20 | $525.00 | $630.00 | 22.40% | $141.12 | 30.60% | $192.78 | $333.90 | Analyzed complaint, TRO, and draft response to the request for Preliminary Injunction from counsel for additional defendants (Fox Rothschild) in order to prepare response on behalf of clients | |
| 4/16/2025 | 798 | Kramer, Thomas H. | B | 5.60 | $580.00 | $3,248.00 | 22.40% | $727.55 | 30.60% | $993.89 | $1,721.44 | Drafting and revising exhibits for response to SCO;; correspondence client re comments on same; review of Fox Rothschild draft response; correspondence Lauren Sabol re same; instructions Harrisburg office re submission | |
| 4/17/2025 | 482 | Potter, Anthony S. | B | 0.20 | $525.00 | $105.00 | 15.40% | $16.17 | 30.80% | $32.34 | $48.51 | Drafted correspondence to client regarding an order seeking to remove the TRO | |
| 4/18/2025 | 1133 | StHilaire, Robyn | B | 6.10 | $190.00 | $1,159.00 | 15.40% | $178.49 | 30.80% | $356.97 | $535.46 | Drafted motion to dissolve TRO and proposed orders to set argument on motion to dissolve and to dissolve TRO | |
| 4/18/2025 | 482 | Potter, Anthony S. | B | 0.60 | $525.00 | $315.00 | 15.40% | $48.51 | 30.80% | $97.02 | $145.53 | Conference call with outside defense counsel in order to seek to develop a coordinated approach for the PI and the emergency motion to dissolve. | |
| 4/18/2025 | 482 | Potter, Anthony S. | B | 1.40 | $525.00 | $735.00 | 15.40% | $113.19 | 30.80% | $226.38 | $339.57 | Drafted and revised emergency motion to lift TRO. | |
| 4/18/2025 | 482 | Potter, Anthony S. | B | 2.90 | $525.00 | $1,522.50 | 15.40% | $234.47 | 30.80% | $468.93 | $703.40 | Analyzed potential emergency relief from the TRO and conference with T. Kraemer and R. St. Hilliare regarding same | |
| 4/18/2025 | 482 | Potter, Anthony S. | B | 0.30 | $525.00 | $157.50 | 15.40% | $24.26 | 30.80% | $48.51 | $72.77 | Drafted status update and proposed potential emergency relief motion to attempt to lift the TRO | |
| 4/18/2025 | 798 | Kramer, Thomas H. | B | 2.50 | $580.00 | $1,450.00 | 15.40% | $223.30 | 30.80% | $446.60 | $669.90 | Analysis and confer w/ WDPA counsel re options for emergency relief from TRO; receipt and review client correspondence re same; correspondence LS re same; | |
| 4/21/2025 | 1130 | Balladares, Victor R. | B | 2.20 | $550.00 | $1,210.00 | 15.40% | $186.34 | 30.80% | $372.68 | $559.02 | Review and analyze motion to dissolve TRO; Correspondence regarding same; Correspondence regarding injunction and status. | |
| 4/21/2025 | 1133 | StHilaire, Robyn | B | 2.90 | $190.00 | $551.00 | 15.40% | $84.85 | 30.80% | $169.71 | $254.56 | Revised Motion to Dissolve TRO in preparation to file; drafted bried in support of Motion to Dissolve TRO; ~~compiled possible expert witness for PI Hearing~~ | 3.4 hours total. Estimated and adjusted to: 2.9 Revised Motion to Dissolve TRO in preparation to file; drafted bried in support of Motion to Dissolve TRO; 0.5 compiled possible expert witness for PI Hearing [NOT PART OF FEE REQUEST] |
| 4/21/2025 | 482 | Potter, Anthony S. | B | 3.60 | $525.00 | $1,890.00 | 15.40% | $291.06 | 30.80% | $582.12 | $873.18 | Drafted and revised motion and brief to lift TRO, reviewed local rules on the briefing requirements and drafted correspondence to clients. | |
| 4/21/2025 | 482 | Potter, Anthony S. | B | 0.20 | $525.00 | $105.00 | 15.40% | $16.17 | 30.80% | $32.34 | $48.51 | Drafted correspondence to Plaintiff's counsel regarding the motion to dissolve the TRO seeking concurrence / non-concurrence | |
| 4/21/2025 | 798 | Kramer, Thomas H. | B | 0.40 | $580.00 | $232.00 | 15.40% | $35.73 | 30.80% | $71.46 | $107.18 | Correspondence w/ LS re hearing format and plan, Motion to unseal, correspondence w/ client re arguments to dissolve PI; analysis and edit Motion to Dissolve | |
| 4/22/2025 | 482 | Potter, Anthony S. | B | 0.50 | $525.00 | $262.50 | 15.40% | $40.43 | 30.80% | $80.85 | $121.28 | Analyzed draft motion from L. Sabol for meet and confer on motion to dissolve. | |
| 4/22/2025 | 482 | Potter, Anthony S. | B | 0.40 | $525.00 | $210.00 | 15.40% | $32.34 | 30.80% | $64.68 | $97.02 | Analyzed filings and drafted status update to client | |
| 4/22/2025 | 798 | Kramer, Thomas H. | B | 0.50 | $580.00 | $290.00 | 15.40% | $44.66 | 30.80% | $89.32 | $133.98 | Analysis and advise on fee recovery query from client; ~~expert exhibit query~~; explanatory response to client query re motion to dissolve | 1.3 hours total. Estimated and adjusted to: 0.5 Analysis and advise on fee recovery query from client; 0.3 expert exhibit query; [NOT PART OF FEE REQUEST] 0.5 explanatory response to client query re motion to dissolve |
| 4/24/2025 | 482 | Potter, Anthony S. | B | 0.30 | $525.00 | $157.50 | 15.40% | $24.26 | 30.80% | $48.51 | $72.77 | Analyzed order on the emergency motion to lift TRO and drafted correspondence to counsel for other defendants. | |
| 4/25/2025 | 482 | Potter, Anthony S. | B | 2.10 | $525.00 | $1,102.50 | 15.40% | $169.79 | 30.80% | $339.57 | $509.36 | Analyzed brief in opposition to the motion to lift the TRO. | |
| 4/25/2025 | 798 | Kramer, Thomas H. | B | 1.50 | $580.00 | $870.00 | 15.40% | $133.98 | 30.80% | $267.96 | $401.94 | ~~Edit/revise letter to Court; correspondence LS re same; prep PHV Motion;~~ receipt & analysis of Plaintiff's response on Motion to Dissolve TRO; ~~WDPA ECF registration;~~ | 2.5 hours total. Estimated and adjusted to: 1.0 Edit/revise letter to Court; correspondence LS re same; prep PHV Motion; WDPA ECF registration; [NOT PART OF FEE REQUEST] 1.5 receipt & analysis of Plaintiff's response on Motion to Dissolve TRO; |
| 4/29/2025 | 798 | Kramer, Thomas H. | B | 2.30 | $580.00 | $1,334.00 | 22.40% | $298.82 | 30.60% | $408.20 | $707.02 | ~~Search for and analysis of additional prior art; review and study for Show Cause/PI hearing;~~ receipt and review Plaintiff motions for PI, and to unseal; ~~analysis client documents re first sales;~~ receipt & review of summons; receipt and analysis of Pltf reply brief on Show Cause; ~~correspondence opposing counsel re hearing notice;~~ | 5.5 hours total. Estimated and adjusted to: 1.7 Search for and analysis of additional prior art; analysis client documents re first sales; receipt & review of summons; correspondence opposing counsel re hearing notice; [NOT PART OF FEE REQUEST] 1.5 review and study for Show Cause/PI hearing; 0.3 receipt and review Plaintiff motions for PI, and to unseal; 2.0 receipt and analysis of Pltf reply brief on Show Cause; |
| | | | | 88.90 | | $42,262.50 | | $8,604.09 | | $12,956.97 | $21,561.06 | Total Fees in Categories C-1 and C-2 | |

NOTES:
22.4% of Show Cause Response brief related to 12-cv-12944 and 30.6% of the Show Cause Response brief related to misjoinder.
15.4% of the Motion to Dissolve the TRO brief related to 12-cv-12944 and 30.8% of the Motion to Dissolve the TRO brief related to misjoinder.
These percentages were applied to determine the portion of fees spent on overall analysis/briefing that are attributable to Plaintiff's violation of the Court's related-case order

For entries that were block billed, time was estimated and adjusted to only relevant work

11300038.00001 - Dongguan Pengcheng Electronic Commerce Co., Ltd./Gieury-US Patent Litigation

**CATEGORY D**

**FEES**

| Date | Tkpr | TKPR Name | Status | Hours | Rate | Amount | % of Brief - 12-cv-12944 | 12-cv-12944 Total | % of Brief - Misjoinder | Misjoinder Total | Total | Narrative | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/18/2025 | 482 | Potter, Anthony S. | B | 0.50 | $525.00 | $262.50 | 22.40% | $58.80 | 30.60% | $80.33 | $139.13 | Reviewed and responded to correspondence from client regarding the preliminary injunction hearing before the Court on May 1, 2025. | |
| 4/22/2025 | 1133 | StHilaire, Robyn | B | 1.80 | $190.00 | $342.00 | 22.40% | $76.61 | 30.60% | $104.65 | $181.26 | Compiled exhibits in preparation for PI Hearing | |
| 4/22/2025 | 482 | Potter, Anthony S. | B | 0.40 | $525.00 | $210.00 | 22.40% | $47.04 | 30.60% | $64.26 | $111.30 | Outlined trial exhibits for Preliminary Injunction hearing with R. St. Hilaire and trial binder for witnesses | |
| 4/23/2025 | 1133 | StHilaire, Robyn | B | 2.10 | $190.00 | $399.00 | 22.40% | $89.38 | 30.60% | $122.09 | $211.47 | Compiled exhibits in preparation for PI Hearing | |
| 4/25/2025 | 482 | Potter, Anthony S. | B | 0.40 | $525.00 | $210.00 | 22.40% | $47.04 | 30.60% | $64.26 | $111.30 | Prepared files for the hearing including exhibits ~~and expert witness files.~~ | **0.8 hours total. Estimated and adjusted to:** **0.4 Prepared files for the hearing including exhibits** 0.4 and expert witness files. [NOT PART OF FEE REQUEST] |
| 4/28/2025 | 482 | Potter, Anthony S. | B | 0.40 | $525.00 | $210.00 | 22.40% | $47.04 | 30.60% | $64.26 | $111.30 | Analyzed court orders on the PI hearing and drafted multiple correspondence to clients regarding same. | |
| 4/28/2025 | 482 | Potter, Anthony S. | B | 0.50 | $525.00 | $262.50 | 22.40% | $58.80 | 30.60% | $80.33 | $139.13 | Reviewed and responded to multiple correspondence from L. Sabol regarding Court order on the hearing. | |
| 4/29/2025 | 482 | Potter, Anthony S. | B | 0.90 | $525.00 | $472.50 | 22.40% | $105.84 | 30.60% | $144.59 | $250.43 | Reviewed outline and proposed exhibits prepared for Wes and Jack's testimony at the PI hearing | |
| 4/29/2025 | 798 | Kramer, Thomas H. | B | 1.50 | $580.00 | $870.00 | 22.40% | $194.88 | 30.60% | $266.22 | $461.10 | ~~Search for and analysis of additional prior art;~~ review and study for Show Cause/PI hearing; ~~receipt and review Plaintiff motions for PI, and to unseal; analysis client documents re first sales; receipt & review of summons; receipt and analysis of Pltf reply brief on Show Cause; correspondence opposing counsel re hearing notice;~~ | **5.5 hours total. Estimated and adjusted to:** 1.7 Search for and analysis of additional prior art; analysis client documents re first sales; receipt & review of summons; correspondence opposing counsel re hearing notice; [NOT PART OF FEE REQUEST] **1.5 review and study for Show Cause/PI hearing;** 0.3 receipt and review Plaintiff motions for PI, and to unseal; 2.0 receipt and analysis of Pltf reply brief on Show Cause; |
| 4/30/2025 | 1133 | StHilaire, Robyn | B | 3.20 | $190.00 | $608.00 | 22.40% | $136.19 | 30.60% | $186.05 | $322.24 | Met w/ clients (W. Lew & J. Li), T. Potter, T. Kramer, & V. Balladares in preparation for Preliminary Injunction hearing; finalized exhibits for Preliminary Injunction Hearing | |
| 4/30/2025 | 482 | Potter, Anthony S. | B | 0.20 | $525.00 | $105.00 | 22.40% | $23.52 | 30.60% | $32.13 | $55.65 | Analyzed Court order regarding the PI hearing. | |
| 4/30/2025 | 482 | Potter, Anthony S. | B | 1.60 | $525.00 | $840.00 | 22.40% | $188.16 | 30.60% | $257.04 | $445.20 | Prepared for and participated in conference with Wes Lew and Jack Mi regarding hearing preparation and exhibits. | |
| 4/30/2025 | 798 | Kramer, Thomas H. | B | 3.50 | $580.00 | $2,030.00 | 22.40% | $454.72 | 30.60% | $621.18 | $1,075.90 | ~~Preparation of expert witness testimony and documents, demonstratives for same; conference w/ expert witness;~~ conference with clients and preparation for client testimony; ~~analysis of additional prior art;~~ review and study for Show Cause/PI hearing | **8.3 hours total. Estimated and adjusted to:** **1.0 conference with clients and preparation for client testimony;** **2.5 review and study for Show Cause/PI hearing** 4.8 Preparation of expert witness testimony and documents, demonstratives for same; conference w/ expert witness; analysis of additional prior art; [NOT PART OF FEE REQUEST] |
| 5/1/2025 | 482 | Potter, Anthony S. | P | 0.70 | $525.00 | $367.50 | 22.40% | $82.32 | 30.60% | $112.46 | $194.78 | Attended witness preparation and provided cross examination prep for W. Lew and J. Mi (clients). | |
| 5/1/2025 | 1133 | StHilaire, Robyn | P | 3.10 | $190.00 | $589.00 | 22.40% | $131.94 | 30.60% | $180.23 | $312.17 | Met w/ clients (W. Lew & J. Li), T. Potter, T. Kramer, & V. Balladares in preparation for Preliminary Injunction hearing; ~~Met w/ expert (D. Mariano), T. Potter & T. Kramer.;~~ finalized exhibits for Preliminary Injunction Hearing; ~~attended preliminary injunction hearing (via zoom)~~ | **Split into two entries to apply correct allocation percentage. 4.6 hours total. Estimated and adjusted to:** **3.1 Met w/ clients (W. Lew & J. Li), T. Potter, T. Kramer, & V. Balladares in preparation for Preliminary Injunction hearing; finalized exhibits for Preliminary Injunction Hearing;** 1.0 Met w/ expert (D. Mariano), T. Potter & T. Kramer.; [NOT PART OF FEE REQUEST] 0.5 attended preliminary injunction hearing (via zoom) |
| 5/1/2025 | 798 | Kramer, Thomas H. | P | 4.80 | $580.00 | $2,784.00 | 22.40% | $623.62 | 30.60% | $851.90 | $1,475.52 | Preparation for PI/OSC hearing, including meetings with clients ~~and expert witness;~~ hearing before the Court; post-hearing analysis and debrief w/ clients | **Split into two entries to apply correct allocation percentage. 7.8 hours total. Estimated and adjusted to:** **4.8 Preparation for PI/OSC hearing, including meetings with clients** 1.0 and expert witness; [NOT PART OF FEE REQUEST] 2.0 hearing before the Court; post-hearing analysis and debrief w/ clients |
| | | | | 7.90 | | **$10,562.00** | | **$2,365.89** | | **$3,231.97** | **$5,597.86** | Total Fees in Category D-1 and D-2 | |

NOTES:
22.4% of Show Cause Response brief related to 12-cv-12944 and 30.6% of the Show Cause Response brief related to misjoinder.
Because the Show Cause Response brief contained all arguments for the hearing, these percentages were applied to determine the portion of fees spent on hearing preparation that are attributable to Plaintiff's violation of the Court's related-case order and misjoinder.

For entries that were block billed, time was estimated and adjusted to only relevant work

## CATEGORY E

11300038.00001 - Dongguan Pengcheng Electronic Commerce Co., Ltd./Gieury-US Patent Litigation

**CATEGORY E**

**FEES**

| Date | Tkpr | TKPR Name | Status | Hours | Rate | Amount | Narrative | Notes |
|---|---|---|---|---|---|---|---|---|
| 5/1/2025 | 1133 | StHilaire, Robyn | P | 0.50 | $190.00 | $95.00 | ~~Met w/ clients (W. Lew & J. Li), T. Potter, T. Kramer, & V. Balladares in preparation for Preliminary Injunction hearing; Met w/ exxpert (D. Mariano), T. Potter & T. Kramer.; finalized exhibits for Preliminary Injunction Hearing;~~ attended preliminary injunction hearing (via zoom) | **Split into two entries to apply correct allocation percentage. 4.6 hours total. Estimated and adjusted to:** 3.1 Met w/ clients (W. Lew & J. Li), T. Potter, T. Kramer, & V. Balladares in preparation for Preliminary Injunction hearing; finalized exhibits for Preliminary Injunction Hearing; 1.0 Met w/ exxpert (D. Mariano), T. Potter & T. Kramer.; [NOT PART OF FEE REQUEST] **0.5 attended preliminary injunction hearing (via zoom)** |
| 5/1/2025 | 482 | Potter, Anthony S. | P | 1.20 | $525.00 | $630.00 | Attended hearing to lift the TRO and for a PI with clients and followed up regarding strategy | |
| 5/1/2025 | 482 | Potter, Anthony S. | P | 0.50 | $525.00 | $262.50 | Attended Court hearing with J. Bisson to lift the TRO. | |
| 5/1/2025 | 798 | Kramer, Thomas H. | P | 2.00 | $580.00 | $1,160.00 | ~~Preparation for PI/OSC hearing, including meetings with clients and expert witness;~~ hearing before the Court; post-hearing analysis and debrief w/ clients | **Split into two entries to apply correct allocation percentage. 7.8 hours total. Estimated and adjusted to:** 4.8 Preparation for PI/OSC hearing, including meetings with clients 1.0 and expert witness; [NOT PART OF FEE REQUEST] **2.0 hearing before the Court; post-hearing analysis and debrief w/ clients** |
| 5/1/2025 | 482 | Potter, Anthony S. | P | 0.10 | $525.00 | $52.50 | Analyzed court order on the PI Hearing | |
| 5/2/2025 | 798 | Kramer, Thomas H. | P | 0.50 | $580.00 | $290.00 | Receipt an review order of court re TRO termination and transfer of case; analysis of same; | |
| | | | | **4.80** | | **$2,490.00** | **Total Fees in Category E** | |

NOTES:
Because the Show Cause Hearing and order dissolving the TRO related solely to Plaintiff's violation of the Court's related-case order, 100% of this time is applied.

For entries that were block billed, time was estimated and adjusted to only relevant work

1

## CATEGORY F

11300038.00001 - Dongguan Pengcheng Electronic Commerce Co., Ltd./Gieury-US Patent Litigation

**CATEGORY F**

**FEES**

| Date | Tkpr | TKPR Name | Status | Hours | Rate | Amount | Narrative | Notes |
|---|---|---|---|---|---|---|---|---|
| 5/1/2025 | 1133 | StHilaire, Robyn | P | 0.30 | $190.00 | $57.00 | Met w/ clients (W. Lew & J. Li), T. Potter, T. Kramer, & V. Balladares post-Preliminary Injunction hearing re: strategy for transferred case to NDIL and seeking attorneys' fees; identified location to send order lifting TRO (Amazon Legal Fax) | **0.8 hours total. Estimated and adjusted to:**<br>**0.3 Met w/ clients (W. Lew & J. Li), T. Potter, T. Kramer, & V. Balladares post-Preliminary Injunction hearing re: strategy for transferred case to NDIL**<br>0.3 and seeking attorneys' fees;<br>0.2 identified location to send order lifting TRO (Amazon Legal Fax) [NOT PART OF FEE REQUEST] |
| 5/7/2025 | 482 | Potter, Anthony S. | P | 0.30 | $525.00 | $157.50 | Drafted outline for strategy to approach NDIL matter in order to discuss with the client. | |
| | | | | 0.60 | | **$214.50** | **Total Fees in Category F** | |

NOTES:
100% of the time related to the case transfer and defendant's work to obtain dismissal is attributable to Plaintiff's violation of the related-case order.

For entries that were block billed, time was estimated and adjusted to only relevant work

1

## CATEGORY G

11300038.00001 - Dongguan Pengcheng Electronic Commerce Co., Ltd./Gieury-US Patent Litigation

**CATEGORY G**

**FEES**

| Date | Tkpr | TKPR Name | Status | Hours | Rate | Amount | Narrative | Notes |
|---|---|---|---|---|---|---|---|---|
| 3/29/2025 | 798 | Kramer, Thomas H. | B | 0.30 | $580.00 | $174.00 | Research and analysis re potential fee shift/litigation misconduct | |
| 4/11/2025 | 798 | Kramer, Thomas H. | B | 0.50 | $580.00 | $290.00 | ~~Instructions RSH, RG regarding samples of client's accused products;~~ ~~analysis of client's accused products in view of complaint and motion for TRO;~~ correspondence with Lauren Sabol regarding legal foundation for opposition to TRO and the evidence of plaintiff's litigation misconduct; ~~research and analysis regarding same; correspondence with clients (multiple) regarding samples of clients' accused products;~~ | 4.8 total. Estimated and adjusted to: **0.5 correspondence with Lauren Sabol regarding legal foundation for opposition to TRO and the evidence of plaintiff's litigation misconduct;** 4.3 Instructions RSH, RG regarding samples of client's accused products; analysis of client's accused products in view of complaint and motion for TRO; research and analysis regarding same; correspondence with clients (multiple) regarding samples of clients' accused products; [NOT PART OF FEE REQUEST] |
| 4/22/2025 | 798 | Kramer, Thomas H. | B | 0.50 | $580.00 | $290.00 | Analysis and advise on fee recovery query from client; ~~expert exhibit query; explanatory response to client query re motion to dissolve~~ | 1.3 hours total. Estimated and adjusted to: **0.5 Analysis and advise on fee recovery query from client;** 0.3 expert exhibit query; [NOT PART OF FEE REQUEST] 0.5 explanatory response to client query re motion to dissolve |
| 5/1/2025 | 1133 | StHilaire, Robyn | P | 2.10 | $190.00 | $399.00 | Analyzed relevant statutes and caselaw re: seeking attorneys' fees (vexatious) | |
| 5/1/2025 | 1133 | StHilaire, Robyn | P | 0.30 | $190.00 | $57.00 | Met w/ clients (W. Lew & J. Li), T. Potter, T. Kramer, & V. Balladares post-Preliminary Injunction hearing re: ~~strategy for transferred case to NDIL~~ and seeking attorneys' fees; ~~identified location to send order lifting TRO (Amazon Legal Fax)~~ | 0.8 hours total. Estimated and adjusted to: 0.3 Met w/ clients (W. Lew & J. Li), T. Potter, T. Kramer, & V. Balladares post-Preliminary Injunction hearing re: strategy for transferred case to NDIL **0.3 and seeking attorneys' fees;** 0.2 identified location to send order lifting TRO (Amazon Legal Fax) [NOT PART OF FEE REQUEST] |
| 5/2/2025 | 1133 | StHilaire, Robyn | P | 0.80 | $190.00 | $152.00 | Analyzed relevant statutes and caselaw re: seeking attorneys' fees (vexatious); ~~prepared fax with cover letter and order lifting TRO to Amazon.com Legal Department~~ | 1.1 hours total. Estimated and adjusted to: **0.8 Analyzed relevant statutes and caselaw re: seeking attorneys' fees (vexatious);** 0.3 prepared fax with cover letter and order lifting TRO to Amazon.com Legal Department |
| 5/2/2025 | 482 | Potter, Anthony S. | P | 0.30 | $525.00 | $157.50 | Analyzed order from the court and drafted responsive email to client regarding the entry and potential for fees and costs. | |
| 5/2/2025 | 482 | Potter, Anthony S. | P | 0.20 | $525.00 | $105.00 | Reviewed Court Order and drafted correspondence to client regarding question about sanctions | |
| 5/5/2025 | 1133 | StHilaire, Robyn | P | 5.10 | $190.00 | $969.00 | Analyzed relevant statutes and caselaw re: seeking attorneys' fees (vexatious); ~~prepared fax with cover letter and order lifting TRO to Amazon.com Legal Department~~ | 5.4 hours total. Estimated and adjusted to: **5.1 Analyzed relevant statutes and caselaw re: seeking attorneys' fees (vexatious);** 0.3 prepared fax with cover letter and order lifting TRO to Amazon.com Legal Department |
| 5/5/2025 | 482 | Potter, Anthony S. | P | 0.30 | $525.00 | $157.50 | Analzyed legal research on the legal standards for awards of sanctions and attorneys fees and drafted correspondence to W. Lew and J. Mi. | |
| 5/5/2025 | 798 | Kramer, Thomas H. | P | 2.50 | $580.00 | $1,450.00 | Research and analysis re fee recovery pathways | |
| 5/6/2025 | 798 | Kramer, Thomas H. | P | 0.90 | $580.00 | $522.00 | Research and analysis re fee recovery pathways and draft memo re same; ~~review and revise responses to RFAs, instructions RSH re same~~ | 1.9 hours total. Estimated and adjusted to: **0.9 Research and analysis re fee recovery pathways and draft memo re same;** 1.0 review and revise responses to RFAs, instructions RSH re same |
| 5/7/2025 | 482 | Potter, Anthony S. | P | 0.40 | $525.00 | $210.00 | Analyzed attorney fee and sanction memo and provided comments on same. | |
| 5/7/2025 | 798 | Kramer, Thomas H. | P | 0.30 | $580.00 | $174.00 | Confer internally re fee recovery options; correspondence client re same and attaching memo analyzing same | |

## CATEGORY G

| Date | | Timekeeper | | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|---|---|
| 5/21/2025 | 482 | Potter, Anthony S. | P | 0.20 | $525.00 | $105.00 | Reviewed and responded to correspondence from client regarding the petition for attorneys fees. | |
| 5/21/2025 | 482 | Potter, Anthony S. | P | 0.20 | $525.00 | $105.00 | Reviewed correspondence from L. Sabol and telephone follow up on the Court's order granting fees | |
| 5/21/2025 | 482 | Potter, Anthony S. | P | 0.50 | $525.00 | $262.50 | Drafted correspondence and reviewed information for fee petition | |
| | | | | 15.40 | | **$5,579.50** | **Total Fees in Category G** | |

NOTES:
100% of the time spent analyzing sanctions and preparing the proposed order for fees is attributable to Plaintiff's violation of the Court's related-case order.

For entries that were block billed, time was estimated and adjusted to only relevant work

2