# EXHIBIT 2

## CATEGORY A

**CATEGORY A - GRT.STORE AND YLY TRAVEL**

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | Narrative | Notes |
|---|---|---|---|---|---|---|
| 3/31/2025 | LAUREN SABOL | 0.10 | 540.00 | $ 54.00 | REVIEW DOCKET FROM ILLINOIS ACTION FOR CASE STRATEGY; COORDINATE OBTAINING RELEVANT DOCKET ENTRIES FROM ILLINOIS ACTION FOR CASE STRATEGY. | |
| 4/7/2025 | LAUREN SABOL | 0.40 | 540.00 | $ 216.00 | ~~REVIEW AND ANALYZE COMPLAINT AND TRO MOTION FOR OPPOSITION; DRAFT OUTLINE OF OPPOSITION; DOCKET NAVIGATOR RESEARCH REGARDING PATENT-IN-SUIT AND PLAINTIFF;~~ ANALYSIS OF RELATED NORTHERN DISTRICT OF ILLINOIS ACTION. | **1.4 hours total. Estimated and adjusted to:**<br>0.8 REVIEW AND ANALYZE COMPLAINT AND TRO MOTION FOR OPPOSITION; DRAFT OUTLINE OF OPPOSITION;<br>0.2 DOCKET NAVIGATOR RESEARCH REGARDING PATENT-IN-SUIT AND PLAINTIFF; [NOT PART OF FEE REQUEST]<br>**0.4 ANALYSIS OF RELATED NORTHERN DISTRICT OF ILLINOIS ACTION.** |
| 4/9/2025 | LAUREN SABOL | 0.40 | 540.00 | $ 216.00 | ANALYSIS OF ILLINOIS AND PENNSYLVANIA FILINGS REGARDING DISMISSALS AND ORDERS FOR TRO RESPONSE. | |
| 4/10/2025 | SARAH JOHNSON | 0.20 | 285.00 | $ 57.00 | REVIEW N.D.ILL. DOCKET, PULL DOCKET AND FILINGS PER REQUEST FROM L. SABOL | |
| 4/11/2025 | LAUREN SABOL | 0.30 | 540.00 | $ 162.00 | TELEPHONE CORRESPONDENCE WITH DISTRICT OF ILLINOIS COURT REGARDING OBTAINING UNSEALED SCHEDULE A; ~~RESEARCH CASE LAW FOR USE IN ALL DEFENDANTS' TRO RESPONSE; CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING UNSEALING CASE;~~ TELEPHONE CONFERENCE WITH WESTERN DISTRICT OF PA COURT REGARDING CIVIL COVER SHEET; REVIEW CIVIL COVER SHEET FOR TRO RESPONSE FOR ALL DEFENDANTS; ~~REVIEW AND ANALYZE PRIOR ART CITED DURING PROSECUTION OF D932 PATENT.~~ | **1.1 hours total. Estimated and adjusted to:**<br>**0.1 TELEPHONE CORRESPONDENCE WITH DISTRICT OF ILLINOIS COURT REGARDING OBTAINING UNSEALED SCHEDULE A;**<br>0.5 RESEARCH CASE LAW FOR USE IN ALL DEFENDANTS' TRO RESPONSE;<br>0.1 CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING UNSEALING CASE; [NOT PART OF FEE REQUEST]<br>**0.2 TELEPHONE CONFERENCE WITH WESTERN DISTRICT OF PA COURT REGARDING CIVIL COVER SHEET; REVIEW CIVIL COVER SHEET FOR TRO RESPONSE FOR ALL DEFENDANTS;**<br>0.2 REVIEW AND ANALYZE PRIOR ART CITED DURING PROSECUTION OF D932 PATENT. [NOT PART OF FEE REQUEST] |
| 4/11/2025 | SARAH JOHNSON | 0.10 | 285.00 | $ 28.50 | CHECK FOR AND PULL N.D.ILL. FILINGS PER REQUEST FROM L. SABOL | |
| | | 1.00 | | $ 733.50 | | |

**CATEGORY A - GIEURY-US**

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | Narrative | Notes |
|---|---|---|---|---|---|---|
| 4/10/2025 | SARAH JOHNSON | 0.20 | 285.00 | $ 57.00 | REVIEW N.D.ILL. DOCKET, PULL DOCKET AND FILINGS PER REQUEST FROM L. SABOL | |
| 4/11/2025 | LAUREN SABOL | 0.30 | 540.00 | $ 162.00 | TELEPHONE CORRESPONDENCE WITH DISTRICT OF ILLINOIS COURT REGARDING OBTAINING UNSEALED SCHEDULE A; ~~RESEARCH CASE LAW FOR USE IN ALL DEFENDANTS' TRO RESPONSE; CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING UNSEALING CASE;~~ TELEPHONE CONFERENCE WITH WESTERN DISTRICT OF PA COURT REGARDING CIVIL COVER SHEET; REVIEW CIVIL COVER SHEET FOR TRO RESPONSE FOR ALL DEFENDANTS; ~~REVIEW AND ANALYZE PRIOR ART CITED DURING PROSECUTION OF D932 PATENT.~~ | **1.1 hours total. Estimated and adjusted to:**<br>**0.1 TELEPHONE CORRESPONDENCE WITH DISTRICT OF ILLINOIS COURT REGARDING OBTAINING UNSEALED SCHEDULE A;**<br>0.5 RESEARCH CASE LAW FOR USE IN ALL DEFENDANTS' TRO RESPONSE;<br>0.1 CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING UNSEALING CASE; [NOT PART OF FEE REQUEST]<br>**0.2 TELEPHONE CONFERENCE WITH WESTERN DISTRICT OF PA COURT REGARDING CIVIL COVER SHEET; REVIEW CIVIL COVER SHEET FOR TRO RESPONSE FOR ALL DEFENDANTS;**<br>0.2 REVIEW AND ANALYZE PRIOR ART CITED DURING PROSECUTION OF D932 PATENT. [NOT PART OF FEE REQUEST] |
| 4/11/2025 | SARAH JOHNSON | 0.10 | 285.00 | $ 28.50 | CHECK FOR AND PULL N.D.ILL. FILINGS PER REQUEST FROM L. SABOL | |
| | | 0.60 | | $ 247.50 | | |

**CATEGORY A - AREYTECO.LLS**

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | Narrative | Notes |
|---|---|---|---|---|---|---|
| 4/10/2025 | SARAH JOHNSON | 0.20 | 285.00 | $ 57.00 | REVIEW N.D.ILL. DOCKET, PULL DOCKET AND FILINGS PER REQUEST FROM L. SABOL | |

CATEGORY A

| Date | Name | Hours | Rate | Amount | Description | Adjusted |
|---|---|---|---|---|---|---|
| 4/11/2025 | LAUREN SABOL | 0.30 | 540.00 | $ 162.00 | TELEPHONE CORRESPONDENCE WITH DISTRICT OF ILLINOIS COURT REGARDING OBTAINING UNSEALED SCHEDULE A; ~~RESEARCH CASE LAW FOR USE IN ALL DEFENDANTS' TRO RESPONSE;~~ ~~CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING UNSEALING CASE;~~ TELEPHONE CONFERENCE WITH WESTERN DISTRICT OF PA COURT REGARDING CIVIL COVER SHEET; REVIEW CIVIL COVER SHEET FOR TRO RESPONSE FOR ALL DEFENDANTS; ~~REVIEW AND ANALYZE PRIOR ART CITED DURING PROSECUTION OF D932 PATENT.~~ | **1.1 hours total. Estimated and adjusted to:** **0.1 TELEPHONE CORRESPONDENCE WITH DISTRICT OF ILLINOIS COURT REGARDING OBTAINING UNSEALED SCHEDULE A;** 0.5 RESEARCH CASE LAW FOR USE IN ALL DEFENDANTS' TRO RESPONSE; 0.1 CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING UNSEALING CASE; [NOT PART OF FEE REQUEST] **0.2 TELEPHONE CONFERENCE WITH WESTERN DISTRICT OF PA COURT REGARDING CIVIL COVER SHEET; REVIEW CIVIL COVER SHEET FOR TRO RESPONSE FOR ALL DEFENDANTS;** 0.2 REVIEW AND ANALYZE PRIOR ART CITED DURING PROSECUTION OF D932 PATENT. [NOT PART OF FEE REQUEST] |
| 4/11/2025 | SARAH JOHNSON | 0.10 | 285.00 | $ 28.50 | CHECK FOR AND PULL N.D.ILL FILINGS PER REQUEST FROM L. SABOL | |
| | | 0.60 | | $ 247.50 | | |

NOTES:
All work relating to analysis of the prior N.D.Ill Action is related to the Plaintiff's violation of the related-case order. Time is applied at 100%.

For entries that were block billed, time was estimated and adjusted to only relevant work

2

## CATEGORY C

**CATEGORY C - GRT.STORE AND YLY TRAVEL**

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | % of Brief -12-cv-12944 | 12-cv-12944 Total | % of Brief - Misjoinder | Misjoinder Total | Total | Narrative | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/7/2025 | LAUREN SABOL | 0.80 | 540.00 | $ 432.00 | 16.30% | $ 70.42 | 10.20% | $ 44.06 | $ 114.48 | REVIEW AND ANALYZE COMPLAINT AND TRO MOTION FOR OPPOSITION; DRAFT OUTLINE OF OPPOSITION; ~~DOCKET NAVIGATOR RESEARCH REGARDING PATENT-IN-SUIT AND PLAINTIFF;~~ ANALYSIS OF RELATED NORTHERN DISTRICT OF ILLINOIS ACTION. | 1.4 hours total. Estimated and adjusted to: **0.8 REVIEW AND ANALYZE COMPLAINT AND TRO MOTION FOR OPPOSITION; DRAFT OUTLINE OF OPPOSITION;** 0.2 DOCKET NAVIGATOR RESEARCH REGARDING PATENT-IN-SUIT AND PLAINTIFF; [NOT PART OF FEE REQUEST] 0.4 ANALYSIS OF RELATED NORTHERN DISTRICT OF ILLINOIS ACTION. |
| 4/10/2025 | LAUREN SABOL | 0.25 | 540.00 | $ 135.00 | 16.30% | $ 22.01 | 10.20% | $ 13.77 | $ 35.78 | RESEARCH CASE LAW FOR OPPOSITIONS FOR ALL CLIENTS. | |
| 4/10/2025 | LAUREN SABOL | 1.10 | 540.00 | $ 594.00 | 16.30% | $ 96.82 | 10.20% | $ 60.59 | $ 157.41 | DRAFT OPPOSITION RELATING TO GRT.STORE, YLY TRAVEL AND JUNYAO-US. | |
| 4/11/2025 | LAUREN SABOL | 0.50 | 540.00 | $ 270.00 | 16.30% | $ 44.01 | 10.20% | $ 27.54 | $ 71.55 | ~~TELEPHONE CORRESPONDENCE WITH DISTRICT OF ILLINOIS COURT REGARDING OBTAINING UNSEALED SCHEDULE A;~~ RESEARCH CASE LAW FOR USE IN ALL DEFENDANTS' TRO RESPONSE; ~~CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING UNSEALING CASE;~~ TELEPHONE CONFERENCE WITH WESTERN DISTRICT OF PA COURT REGARDING CIVIL COVER SHEET; REVIEW CIVIL COVER SHEET FOR TRO RESPONSE FOR ALL DEFENDANTS; REVIEW AND ANALYZE PRIOR ART CITED DURING PROSECUTION OF D932 PATENT. | 1.1 hours total. Estimated and adjusted to: 0.1 TELEPHONE CORRESPONDENCE WITH DISTRICT OF ILLINOIS COURT REGARDING OBTAINING UNSEALED SCHEDULE A; **0.5 RESEARCH CASE LAW FOR USE IN ALL DEFENDANTS' TRO RESPONSE;** 0.1 CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING UNSEALING CASE; [NOT PART OF FEE REQUEST] 0.2 TELEPHONE CONFERENCE WITH WESTERN DISTRICT OF PA COURT REGARDING CIVIL COVER SHEET; REVIEW CIVIL COVER SHEET FOR TRO RESPONSE FOR ALL DEFENDANTS; 0.2 REVIEW AND ANALYZE PRIOR ART CITED DURING PROSECUTION OF D932 PATENT. [NOT PART OF FEE REQUEST] |
| 4/11/2025 | LAUREN SABOL | 0.20 | 540.00 | $ 108.00 | 16.30% | $ 17.60 | 10.20% | $ 11.02 | $ 28.62 | EMAIL CORRESPONDENCE WITH GRT.STORE AND YLY TRAVEL REGARDING INFORMATION FOR TRO RESPONSE. | |
| 4/14/2025 | LAUREN SABOL | 4.20 | 540.00 | $ 2,268.00 | 16.30% | $ 369.68 | 10.20% | $ 231.34 | $ 601.02 | DRAFT TRO OPPOSITION BRIEF AND RESEARCH CASE LAW FOR TRO OPPOSITION BRIEF RELATING TO JUNYAO-US, GRT.STORE AND YLY TRAVEL. | |
| 4/15/2025 | LAUREN SABOL | 1.70 | 540.00 | $ 918.00 | 16.30% | $ 149.63 | 10.20% | $ 93.64 | $ 243.27 | REVISE RESPONSE ~~AND THREE WAY ANALYSIS RELATING TO GRT.STORE AND YLY TRAVEL;~~ REVIEW EVIDENCE PROVIDED BY GRT.STORE AND YLY TRAVEL; ~~DRAFT EXHIBIT WITH DIFFERENCES BETWEEN PATENT AND GRT.STORE AND YLY TRAVEL'S PRODUCTS;~~ EMAIL CORRESPONDENCE WITH GRT.STORE AND YLY TRAVEL REGARDING FILING. | 3.8 hours total. Estimated and adjusted to: **1.5 REVISE RESPONSE** 1.5 AND THREE WAY ANALYSIS RELATING TO GRT.STORE AND YLY TRAVEL; [NOT PART OF FEE REQUEST] **0.1 REVIEW EVIDENCE PROVIDED BY GRT.STORE AND YLY TRAVEL;** 0.6 DRAFT EXHIBIT WITH DIFFERENCES BETWEEN PATENT AND GRT.STORE AND YLY TRAVEL'S PRODUCTS; [NOT PART OF FEE REQUEST] **0.1 EMAIL CORRESPONDENCE WITH GRT.STORE AND YLY TRAVEL REGARDING FILING.** |
| 4/16/2025 | HEIDI SEMMER | 0.40 | 430.00 | $ 172.00 | 16.30% | $ 28.04 | 10.20% | $ 17.54 | $ 45.58 | PREPARE EXHBIITS TO JUNYAO, GRT.STORE AND YLYL TRAVEL RESPONSE TO ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND CREATE INDEX OF SAME. | |
| 4/16/2025 | LAUREN SABOL | 1.30 | 540.00 | $ 702.00 | 16.30% | $ 114.43 | 10.20% | $ 71.60 | $ 186.03 | FINALIZE RESPONSE RELATING TO JUNYAO-US, GRT.STORE, AND YLY TRAVEL, INCLUDING FINALIZING EXHIBITS, BRIEF, AND SUBMISSION TO THE COURT. | |
| 4/18/2025 | LAUREN SABOL | 0.20 | 540.00 | $ 108.00 | 6.90% | $ 7.45 | 20.70% | $ 22.36 | $ 29.81 | STRATEGY CONFERENCE WITH OFFIT KURMAN REGARDING DISSOLUTION OF TRO ALL DEFENDANTS. | |
| 4/21/2025 | LAUREN SABOL | 3.20 | 540.00 | $ 1,728.00 | 6.90% | $ 119.23 | 20.70% | $ 357.70 | $ 476.93 | DRAFT MOTION TO DISSOLVE TRO AND PROPOSED ORDERS; RESEARCH CASE LAW FOR SAME; EMAIL CORRESPONDENCE WITH GRT.STORE AND YLY TRAVEL REGARDING MOTION TO DISSOLVE TRO. | |
| 4/22/2025 | LAUREN SABOL | 0.60 | 540.00 | $ 324.00 | 6.90% | $ 22.36 | 20.70% | $ 67.07 | $ 89.42 | FINALIZE AND FILE MOTION TO DISSOLVE TRO FOR GRT.STORE AND YLY TRAVEL. | |
| | | 14.45 | | $ 7,759.00 | | $ 1,061.68 | | $ 1,018.22 | $ 2,079.90 | **TOTAL FEES IN CATEGORIES C-1 AND C-2** | |

| Cost Type | Amount | % of Brief -12-cv-12944 | 12-cv-12944 Total | % of Brief - Misjoinder | Misjoinder Total | Total | Narrative |
|---|---|---|---|---|---|---|---|
| DOCUMENT RETRIEVAL | $ 0.86 | | | | | $ 0.86 | Case12-cv-12944 document retrieval |
| WESTLAW, RESEARCH | $ 19.10 | 16.30% | $ 3.11 | 10.20% | $ 1.95 | $ 5.06 | Westlaw research expense Show Cause Response |
| WESTLAW, RESEARCH | $ 29.82 | 6.90% | $ 2.06 | 20.70% | $ 6.17 | $ 8.23 | Westlaw research expense Motion to Dissolve TRO |
| | $ 49.78 | | $ 5.17 | | $ 8.12 | $ 14.15 | **TOTAL EXPENSES IN CATEGORIES C-1 AND C-2** |

**CATEGORY C - GIEURY-US**

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | % of Brief -12-cv-12944 | 12-cv-12944 Total | % of Brief - Misjoinder | Misjoinder Total | Total | Narrative | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/10/2025 | LAUREN SABOL | 0.25 | 540.00 | $ 135.00 | 16.30% | $ 22.01 | 10.20% | $ 13.77 | $ 35.78 | RESEARCH CASE LAW FOR OPPOSITIONS FOR ALL CLIENTS. | |
| 4/10/2025 | LAUREN SABOL | 0.30 | 540.00 | $ 162.00 | 22.40% | $ 36.29 | 30.60% | $ 49.57 | $ 85.86 | STRATEGY CONFERENCE WITH T. KRAMER REGARDING OPPOSITION FOR GIEURY AND AREYTECO LLC. | |
| 4/11/2025 | LAUREN SABOL | 0.50 | 540.00 | $ 270.00 | 22.40% | $ 60.48 | 30.60% | $ 82.62 | $ 143.10 | ~~TELEPHONE CORRESPONDENCE WITH DISTRICT OF ILLINOIS COURT REGARDING OBTAINING UNSEALED SCHEDULE A;~~ RESEARCH CASE LAW FOR USE IN ALL DEFENDANTS' TRO RESPONSE; ~~CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING UNSEALING CASE;~~ TELEPHONE CONFERENCE WITH WESTERN DISTRICT OF PA COURT REGARDING CIVIL COVER SHEET; REVIEW CIVIL COVER SHEET FOR TRO RESPONSE FOR ALL DEFENDANTS; REVIEW AND ANALYZE PRIOR ART CITED DURING PROSECUTION OF D932 PATENT. | 1.1 hours total. Estimated and adjusted to: 0.1 TELEPHONE CORRESPONDENCE WITH DISTRICT OF ILLINOIS COURT REGARDING OBTAINING UNSEALED SCHEDULE A; **0.5 RESEARCH CASE LAW FOR USE IN ALL DEFENDANTS' TRO RESPONSE;** 0.1 CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING UNSEALING CASE; [NOT PART OF FEE REQUEST] 0.2 TELEPHONE CONFERENCE WITH WESTERN DISTRICT OF PA COURT REGARDING CIVIL COVER SHEET; REVIEW CIVIL COVER SHEET FOR TRO RESPONSE FOR ALL DEFENDANTS; 0.2 REVIEW AND ANALYZE PRIOR ART CITED DURING PROSECUTION OF D932 PATENT. [NOT PART OF FEE REQUEST] |

## CATEGORY C

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | % of Brief -12-cv-12944 | 12-cv-12944 Total | % of Brief - Misjoinder | Misjoinder Total | Total | Narrative | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/16/2025 | LAUREN SABOL | 0.20 | 540.00 | $ 108.00 | 22.40% | $ 24.19 | 30.60% | $ 33.05 | $ 57.24 | REVIEW AND PROVIDE REVISIONS RELATING TO CO-COUNSEL'S DRAFT OF GIUERY AND AREYTECO'S TRO RESPONSE. | |
| 4/18/2025 | LAUREN SABOL | 0.20 | 540.00 | $ 108.00 | 15.40% | $ 16.63 | 30.80% | $ 33.26 | $ 49.90 | STRATEGY CONFERENCE WITH OFFIT KURMAN REGARDING DISSOLUTION OF TRO ALL DEFENDANTS. | |
| 4/21/2025 | LAUREN SABOL | 0.20 | 540.00 | $ 108.00 | 15.40% | $ 16.63 | 30.80% | $ 33.26 | $ 49.90 | STRATEGY CORRESPONDENCE WITH OFFIT KURMAN REGARDING GIEURY AND AREYTECCO MOTION TO DISSOLVE; REVIEW OFFIT'S DRAFT MOTION AND CORRESPONDENCE WITH PLAINTIFF'S COUNSEL REGARDING SAME. | |
| 4/23/2025 | LAUREN SABOL | 0.30 | 540.00 | $ 162.00 | 15.40% | $ 24.95 | 30.80% | $ 49.90 | $ 74.84 | EMAIL CORRESPONDENCE WITH GIEURY REGARDING MAY 1 HEARING AND MOTION TO DISSOLVE TRO. | |
| | | 1.95 | | $ 1,053.00 | | $ 201.18 | | $ 295.43 | $ 496.61 | **TOTAL FEES IN CATEGORIES C-1 AND C-2** | |

| Cost Type | | Amount | % of Brief -12-cv-12944 | 12-cv-12944 Total | % of Brief - Misjoinder | Misjoinder Total | Total | Narrative |
|---|---|---|---|---|---|---|---|---|
| DOCUMENT RETRIEVAL | | $ 0.87 | | | | | $ 0.87 | Case12-cv-12944 document retrieval |
| WESTLAW, RESEARCH | | $ 19.35 | 22.40% | $ 4.33 | 30.60% | $ 5.92 | $ 10.26 | Westlaw research expense Show Cause Response |
| | | $ 20.22 | | $ 4.33 | | $ 5.92 | $ 11.13 | **TOTAL EXPENSES IN CATEGORIES C-1 AND C-2** |

### CATEGORY C - AREYTECO.LLC

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | % of Brief -12-cv-12944 | 12-cv-12944 Total | % of Brief - Misjoinder | Misjoinder Total | Total | Narrative | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/10/2025 | LAUREN SABOL | 0.25 | 540.00 | $ 135.00 | 16.30% | $ 22.01 | 10.20% | $ 13.77 | $ 35.78 | RESEARCH CASE LAW FOR OPPOSITIONS FOR ALL CLIENTS. | |
| 4/10/2025 | LAUREN SABOL | 0.30 | 540.00 | $ 162.00 | 22.40% | $ 36.29 | 30.60% | $ 49.57 | $ 85.86 | STRATEGY CONFERENCE WITH T. KRAMER REGARDING OPPOSITION FOR GIEURY AND AREYTECO LLC. | |
| 4/11/2025 | LAUREN SABOL | 0.50 | 540.00 | $ 270.00 | 16.30% | $ 44.01 | 0.10% | $ 27.54 | $ 71.55 | ~~TELEPHONE CORRESPONDENCE WITH DISTRICT OF ILLINOIS COURT REGARDING OBTAINING UNSEALED SCHEDULE A;~~ RESEARCH CASE LAW FOR USE IN ALL DEFENDANTS' TRO RESPONSE; ~~CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING UNSEALING CASE; TELEPHONE CONFERENCE WITH WESTERN DISTRICT OF PA COURT REGARDING CIVIL COVER SHEET; REVIEW CIVIL COVER SHEET FOR TRO RESPONSE FOR ALL DEFENDANTS; REVIEW AND ANALYZE PRIOR ART CITED DURING PROSECUTION OF D932 PATENT.~~ | 1.1 hours total. Estimated and adjusted to: 0.1 TELEPHONE CORRESPONDENCE WITH DISTRICT OF ILLINOIS COURT REGARDING OBTAINING UNSEALED SCHEDULE A; **0.5 RESEARCH CASE LAW FOR USE IN ALL DEFENDANTS' TRO RESPONSE;** 0.1 CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING UNSEALING CASE; [NOT PART OF FEE REQUEST] 0.2 TELEPHONE CONFERENCE WITH WESTERN DISTRICT OF PA COURT REGARDING CIVIL COVER SHEET; REVIEW CIVIL COVER SHEET FOR TRO RESPONSE FOR ALL DEFENDANTS; 0.2 REVIEW AND ANALYZE PRIOR ART CITED DURING PROSECUTION OF D932 PATENT. [NOT PART OF FEE REQUEST] |
| 4/16/2025 | LAUREN SABOL | 0.20 | 540.00 | $ 108.00 | 22.40% | $ 24.19 | 30.60% | $ 33.05 | $ 57.24 | REVIEW AND PROVIDE REVISIONS RELATING TO CO-COUNSEL'S DRAFT OF GIUERY AND AREYTECO'S TRO RESPONSE. | |
| 4/18/2025 | LAUREN SABOL | 0.20 | 540.00 | $ 108.00 | 15.40% | $ 16.63 | 30.80% | $ 33.26 | $ 49.90 | STRATEGY CONFERENCE WITH OFFIT KURMAN REGARDING DISSOLUTION OF TRO ALL DEFENDANTS. | |
| 4/21/2025 | LAUREN SABOL | 0.20 | 540.00 | $ 108.00 | 15.40% | $ 16.63 | 30.80% | $ 33.26 | $ 49.90 | STRATEGY CORRESPONDENCE WITH OFFIT KURMAN REGARDING GIEURY AND AREYTECCO MOTION TO DISSOLVE; REVIEW OFFIT'S DRAFT MOTION AND CORRESPONDENCE WITH PLAINTIFF'S COUNSEL REGARDING SAME. | |
| | | 1.65 | | $ 891.00 | | $ 159.76 | | $ 190.46 | $ 350.22 | **TOTAL FEES IN CATEGORIES C-1 AND C-2** | |

| Cost Type | | Amount | % of Brief -12-cv-12944 | 12-cv-12944 Total | % of Brief - Misjoinder | Misjoinder Total | Total | Narrative |
|---|---|---|---|---|---|---|---|---|
| DOCUMENT RETRIEVAL | | $ 0.87 | | | | | $ 0.87 | Case12-cv-12944 document retrieval |
| WESTLAW, RESEARCH | | $ 18.87 | 22.40% | $ 4.23 | 30.60% | $ 5.77 | $ 10.00 | Westlaw research expense Show Cause Response |
| | | $ 19.74 | | $ 4.23 | | $ 5.77 | $ 10.87 | **TOTAL EXPENSES IN CATEGORIES C-1 AND C-2** |

NOTES:
For Offit Kurman's briefing for Gieury-us and AREYTECO.LLC, 22.4% of Show Cause Response brief related to 12-cv-12944 and 30.6% of the Show Cause Response brief related to misjoinder.
For Offit Kurman's briefing for Gieury-us and AREYTECO.LLC, 15.4% of the Motion to Dissolve the TRO brief related to 12-cv-12944 and 30.8% of the Motion to Dissolve the TRO brief related to misjoinder.
For Fox Rothschild's briefing for GRT.Store and YLY Travel, 16.3% of Show Cause Response brief related to 12-cv-12944 and 10.2% of the Show Cause Response brief related to misjoinder.
For Fox Rothschild's briefing for GRT.Store and YLY Travel, 6.9% of the Motion to Dissolve the TRO brief related to 12-cv-12944 and 20.7% of the Motion to Dissolve the TRO brief related to misjoinder.
These percentages were applied to determine the portion of fees of the overall analysis/briefing that are attributable to Plaintiff's violation of the Court's related-case order

For entries that were block billed, time was estimated and adjusted to only relevant work

**CATEGORY D - GRT.STORE AND YLY TRAVEL**

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | % of Brief -12-cv-12944 | 12-cv-12944 Total | % of Brief - Misjoinder | Misjoinder Total | Total | Narrative | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/24/2025 | LAUREN SABOL | 0.10 | 540.00 | $ 54.00 | 16.30% | $ 8.80 | 10.20% | $ 5.51 | $ 14.31 | REVIEW COURT ORDER REGARDING MOTION TO DISSOLVE; EMAIL CLIENT REGARDING COURT ORDER. | |
| 4/25/2025 | LAUREN SABOL | 0.30 | 540.00 | $ 162.00 | 16.30% | $ 26.41 | 10.20% | $ 16.52 | $ 42.93 | REVIEW AND ANALYZE PLAINTIFF'S RESPONSIVE FILINGS REGARDING TRO. | |
| 4/25/2025 | LAUREN SABOL | 0.20 | 540.00 | $ 108.00 | 16.30% | $ 17.60 | 10.20% | $ 11.02 | $ 28.62 | STRATEGY CONFERENCE WITH OFFIT REGARDING REMOTE TESTIMONY FOR HEARING AND PLAINTIFF'S RESPONSE TO MOTIONS TO DISSOLVE; CORRESPONDENCE WITH PLANET DEPO REGARDING COORDINATING REMOTE TESTIMONY IN HONG KONG AND POTENTIAL TRANSLATORS. | |
| 4/28/2025 | LAUREN SABOL | 0.90 | 540.00 | $ 486.00 | 16.30% | $ 79.22 | 10.20% | $ 49.57 | $ 128.79 | PREPARATION FOR SHOW CAUSE HEARING; DRAFT OUTLINE OF ARGUMENT FOR SHOW CAUSE HEARING; RESEARCH CASE LAW FOR SHOW CAUSE HEARING; ANALYZE EMAILS FROM CLIENTS REGARDING [REDACTED]; REVIEW AND ANALYZE PLAINTIFF'S SERVICE EMAILS, MOTION TO UNSEAL CASE, MOTION FOR PRELIMINARY INJUNCTION, AND REPLY TO ORDER TO SHOW CAUSE; CORRESPONDENCE WITH CLIENTS REGARDING CASE UPDATE AND PLAINTIFF'S RECENT FILINGS AND SERVICE; REVIEW AND ANALYZE ADDITIONAL PRIOR ART SENT BY CLIENTS. | 1.8 hours total. Estimated and adjusted to: 0.9 PREPARATION FOR SHOW CAUSE HEARING; DRAFT OUTLINE OF ARGUMENT FOR SHOW CAUSE HEARING; RESEARCH CASE LAW FOR SHOW CAUSE HEARING; 0.9 ANALYZE EMAILS FROM CLIENTS REGARDING [REDACTED]; REVIEW AND ANALYZE PLAINTIFF'S SERVICE EMAILS, MOTION TO UNSEAL CASE, MOTION FOR PRELIMINARY INJUNCTION, AND REPLY TO ORDER TO SHOW CAUSE; CORRESPONDENCE WITH CLIENTS REGARDING CASE UPDATE AND PLAINTIFF'S RECENT FILINGS AND SERVICE; REVIEW AND ANALYZE ADDITIONAL PRIOR ART SENT BY CLIENTS. [NOT PART OF FEE REQUEST] |
| 4/29/2025 | LAUREN SABOL | 0.40 | 540.00 | $ 216.00 | 16.30% | $ 35.21 | 10.20% | $ 22.03 | $ 57.24 | STRATEGY CONFERENCE WITH OFFIT REGARDING HEARING PREPARATION; PREPARE FOR HEARING; REVIEW COURT ORDER REGARDING LETTER FOR CLARIFICATION. | |
| 4/30/2025 | LAUREN SABOL | 0.30 | 540.00 | $ 162.00 | 16.30% | $ 26.41 | 10.20% | $ 16.52 | $ 42.93 | COORDINATE TRANSLATOR FOR HEARING WITH PLANET DEPO; PREPARE FOR HEARING. | |
| 5/1/2025 | LAUREN SABOL | 0.70 | 540.00 | $ 378.00 | 16.30% | $ 61.61 | 10.20% | $ 38.56 | $ 100.17 | HEARING PREPARATION, INCLUDING REVIEWING PLAINTIFF'S CASE LAW, DRAFTING ARGUMENT OUTLINE, AND DRAFTING POTENTIAL CROSS EXAMINATION. | |
| | | 2.90 | | $ 1,566.00 | | $ 255.26 | | $ 159.73 | $ 414.99 | TOTAL FEES IN CATEGORIES D-1 AND D-2 | |

**CATEGORY D - GIEURY-US**

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | % of Brief -12-cv-12944 | 12-cv-12944 Total | % of Brief - Misjoinder | Misjoinder Total | Total | Narrative | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/24/2025 | LAUREN SABOL | 0.10 | 540.00 | $ 54.00 | 22.40% | $ 12.10 | 30.60% | $ 16.52 | $ 28.62 | REVIEW COURT ORDER REGARDING MOTION TO DISSOLVE; EMAIL CLIENT REGARDING COURT ORDER. | |
| 4/25/2025 | LAUREN SABOL | 0.30 | 540.00 | $ 162.00 | 22.40% | $ 36.29 | 30.60% | $ 49.57 | $ 85.86 | REVIEW AND ANALYZE PLAINTIFF'S RESPONSIVE FILINGS REGARDING TRO. | |
| 4/25/2025 | LAUREN SABOL | 0.40 | 540.00 | $ 216.00 | 22.40% | $ 48.38 | 30.60% | $ 66.10 | $ 114.48 | TELEPHONE CONFERENCE WITH WES OF GIEURY REGARDING CASE STRATEGY AND PLAINTIFF'S RESPONSIVE FILING. | |
| 4/25/2025 | LAUREN SABOL | 0.20 | 540.00 | $ 108.00 | 22.40% | $ 24.19 | 30.60% | $ 33.05 | $ 57.24 | STRATEGY CONFERENCE WITH OFFIT REGARDING REMOTE TESTIMONY FOR HEARING AND PLAINTIFF'S RESPONSE TO MOTIONS TO DISSOLVE; CORRESPONDENCE WITH PLANET DEPO REGARDING COORDINATING REMOTE TESTIMONY IN HONG KONG AND POTENTIAL TRANSLATORS. | |
| 4/28/2025 | LAUREN SABOL | 0.90 | 540.00 | $ 486.00 | 22.40% | $ 108.86 | 30.60% | $ 148.72 | $ 257.58 | PREPARATION FOR SHOW CAUSE HEARING; DRAFT OUTLINE OF ARGUMENT FOR SHOW CAUSE HEARING; RESEARCH CASE LAW FOR SHOW CAUSE HEARING; ANALYZE EMAILS FROM CLIENTS REGARDING [REDACTED]; REVIEW AND ANALYZE PLAINTIFF'S SERVICE EMAILS, MOTION TO UNSEAL CASE, MOTION FOR PRELIMINARY INJUNCTION, AND REPLY TO ORDER TO SHOW CAUSE; CORRESPONDENCE WITH CLIENTS REGARDING CASE UPDATE AND PLAINTIFF'S RECENT FILINGS AND SERVICE; REVIEW AND ANALYZE ADDITIONAL PRIOR ART SENT BY CLIENTS. | 1.8 hours total. Estimated and adjusted to: 0.9 PREPARATION FOR SHOW CAUSE HEARING; DRAFT OUTLINE OF ARGUMENT FOR SHOW CAUSE HEARING; RESEARCH CASE LAW FOR SHOW CAUSE HEARING; 0.9 ANALYZE EMAILS FROM CLIENTS REGARDING [REDACTED]; REVIEW AND ANALYZE PLAINTIFF'S SERVICE EMAILS, MOTION TO UNSEAL CASE, MOTION FOR PRELIMINARY INJUNCTION, AND REPLY TO ORDER TO SHOW CAUSE; CORRESPONDENCE WITH CLIENTS REGARDING CASE UPDATE AND PLAINTIFF'S RECENT FILINGS AND SERVICE; REVIEW AND ANALYZE ADDITIONAL PRIOR ART SENT BY CLIENTS. [NOT PART OF FEE REQUEST] |
| 4/29/2025 | LAUREN SABOL | 0.40 | 540.00 | $ 216.00 | 22.40% | $ 48.38 | 30.60% | $ 66.10 | $ 114.48 | STRATEGY CONFERENCE WITH OFFIT REGARDING HEARING PREPARATION; PREPARE FOR HEARING; REVIEW COURT ORDER REGARDING LETTER FOR CLARIFICATION. | |
| 4/30/2025 | LAUREN SABOL | 0.30 | 540.00 | $ 162.00 | 22.40% | $ 36.29 | 30.60% | $ 49.57 | $ 85.86 | COORDINATE TRANSLATOR FOR HEARING WITH PLANET DEPO; PREPARE FOR HEARING. | |
| 5/1/2025 | LAUREN SABOL | 0.70 | 540.00 | $ 378.00 | 22.40% | $ 84.67 | 30.60% | $ 115.67 | $ 200.34 | HEARING PREPARATION, INCLUDING REVIEWING PLAINTIFF'S CASE LAW, DRAFTING ARGUMENT OUTLINE, AND DRAFTING POTENTIAL CROSS EXAMINATION. | |
| | | 3.30 | | $ 1,782.00 | | $ 399.17 | | $ 545.29 | $ 944.46 | TOTAL FEES IN CATEGORIES D-1 AND D-2 | |

**CATEGORY C - AREYTECO.LLC**

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | % of Brief -12-cv-12944 | 12-cv-12944 Total | % of Brief - Misjoinder | Misjoinder Total | Total | Narrative | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/25/2025 | LAUREN SABOL | 0.30 | 540.00 | $ 162.00 | 22.40% | $ 36.29 | 30.60% | $ 49.57 | $ 85.86 | REVIEW AND ANALYZE PLAINTIFF'S RESPONSIVE FILINGS REGARDING TRO. | |
| 4/25/2025 | LAUREN SABOL | 0.20 | 540.00 | $ 108.00 | 22.40% | $ 24.19 | 30.60% | $ 33.05 | $ 57.24 | STRATEGY CONFERENCE WITH OFFIT REGARDING REMOTE TESTIMONY FOR HEARING AND PLAINTIFF'S RESPONSE TO MOTIONS TO DISSOLVE; CORRESPONDENCE WITH PLANET DEPO REGARDING COORDINATING REMOTE TESTIMONY IN HONG KONG AND POTENTIAL TRANSLATORS. | |
| 4/28/2025 | LAUREN SABOL | 0.90 | 540.00 | $ 486.00 | 22.40% | $ 108.86 | 30.60% | $ 148.72 | $ 257.58 | PREPARATION FOR SHOW CAUSE HEARING; DRAFT OUTLINE OF ARGUMENT FOR SHOW CAUSE HEARING; RESEARCH CASE LAW FOR SHOW CAUSE HEARING; ANALYZE EMAILS FROM CLIENTS REGARDING [REDACTED]; REVIEW AND ANALYZE PLAINTIFF'S SERVICE EMAILS, MOTION TO UNSEAL CASE, MOTION FOR PRELIMINARY INJUNCTION, AND REPLY TO ORDER TO SHOW CAUSE; CORRESPONDENCE WITH CLIENTS REGARDING CASE UPDATE AND PLAINTIFF'S RECENT FILINGS AND SERVICE; REVIEW AND ANALYZE ADDITIONAL PRIOR ART SENT BY CLIENTS. | 1.8 hours total. Estimated and adjusted to: 0.9 PREPARATION FOR SHOW CAUSE HEARING; DRAFT OUTLINE OF ARGUMENT FOR SHOW CAUSE HEARING; RESEARCH CASE LAW FOR SHOW CAUSE HEARING; 0.9 ANALYZE EMAILS FROM CLIENTS REGARDING [REDACTED]; REVIEW AND ANALYZE PLAINTIFF'S SERVICE EMAILS, MOTION TO UNSEAL CASE, MOTION FOR PRELIMINARY INJUNCTION, AND REPLY TO ORDER TO SHOW CAUSE; CORRESPONDENCE WITH CLIENTS REGARDING CASE UPDATE AND PLAINTIFF'S RECENT FILINGS AND SERVICE; REVIEW AND ANALYZE ADDITIONAL PRIOR ART SENT BY CLIENTS. [NOT PART OF FEE REQUEST] |
| 4/29/2025 | LAUREN SABOL | 0.40 | 540.00 | $ 216.00 | 22.40% | $ 48.38 | 30.60% | $ 66.10 | $ 114.48 | STRATEGY CONFERENCE WITH OFFIT REGARDING HEARING PREPARATION; PREPARE FOR HEARING; REVIEW COURT ORDER REGARDING LETTER FOR CLARIFICATION. | |
| 4/30/2025 | LAUREN SABOL | 0.30 | 540.00 | $ 162.00 | 22.40% | $ 36.29 | 30.60% | $ 49.57 | $ 85.86 | COORDINATE TRANSLATOR FOR HEARING WITH PLANET DEPO; PREPARE FOR HEARING. | |
| 5/1/2025 | LAUREN SABOL | 0.70 | 540.00 | $ 378.00 | 22.40% | $ 84.67 | 30.60% | $ 115.67 | $ 200.34 | HEARING PREPARATION, INCLUDING REVIEWING PLAINTIFF'S CASE LAW, DRAFTING ARGUMENT OUTLINE, AND DRAFTING POTENTIAL CROSS EXAMINATION. | |
| | | 2.80 | | $ 1,512.00 | | $ 338.69 | | $ 462.67 | $ 801.36 | TOTAL FEES IN CATEGORIES D-1 AND D-2 | |

NOTES:
For Offit Kurman's briefing for Gieury-us and AREYTECO.LLC, 22.4% of Show Cause Response brief related to 12-cv-12944 and 30.6% of the Show Cause Response brief related to misjoinder.
For Fox Rothschild's briefing for GRT.Store and YLY Travel, 16.3% of Show Cause Response brief related to 12-cv-12944 and 10.2% of the Show Cause Response brief related to misjoinder.
Because the Show Cause Response brief contained all arguments for the hearing, these percentages were applied to determine the portion of fees spent on hearing preparation that are attributable to Plaintiff's violation of the Court's related-case order and misjoinder.

For entries that were block billed, time was estimated and adjusted to only relevant work

# CATEGORY E

**CATEGORY E - GRT.STORE AND YLY TRAVEL**

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | Narrative | Notes |
|---|---|---|---|---|---|---|
| 5/1/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | STRATEGY CONFERENCE WITH A. POTTER OF OFFIT REGARDING HEARING OUTCOME AND [REDACTED] FOR ALL DEFENDANTS. | |
| 5/1/2025 | LAUREN SABOL | 0.20 | 540.00 | 108.00 | ATTEND AND PARTICIPATE IN ORDER TO SHOW CAUSE HEARING. | |
| 5/1/2025 | LAUREN SABOL | 0.20 | 540.00 | 108.00 | EMAILS TO GRT.STORE AND YLY TRAVEL REGARDING SHOW CAUSE HEARING SUMMARY AND NEXT STEPS; CONFERENCE WITH GRT.STORE REGARDING HEARING RESULT, ~~UNFREEZING ACCOUNTS, AND [REDACTED]~~. | **0.3 hours total. Estimated and adjusted to:** **0.2 EMAILS TO GRT.STORE AND YLY TRAVEL REGARDING SHOW CAUSE HEARING SUMMARY AND NEXT STEPS; CONFERENCE WITH GRT.STORE REGARDING HEARING RESULT,** 0.1 UNFREEZING ACCOUNTS, AND [REDACTED]. [NOT PART OF FEE REQUEST] |
| | | **0.50** | | **270.00** | **TOTAL FEES IN CATEGORY E** | |

NOTES:
Because the Show Cause Hearing and order dissolving the TRO related solely to Plaintiff's violation of the Court's related-case order, 100% of this time is applied.

For entries that were block billed, time was estimated and adjusted to only relevant work

1

## CATEGORY F

### CATEGORY F - GRT.STORE AND YLY TRAVEL

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | Narrative | Notes |
|---|---|---|---|---|---|---|
| 5/9/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | REVIEW DOCKET AND LOCAL RULES REGARDING CASE REASSIGNMENT; CONSIDER STRATEGY FOR UPCOMING DEADLINES AND [REDACTED]; STRATEGY CORRESPONDENCE WITH OFFIT REGARDING JUDICIAL ASSIGNMENT, UPCOMING DEADLINES AND [REDATED]; MULTIPLE EMAIL CORRESPONDENCE WITH PLAINTIFF REGARDING WITHDRAWAL OF EXPEDITED DISCOVERY REQUESTS FOR ALL DEFENDANTS. | 0.2 hours total. Estimated and adjusted to:<br>0.1 REVIEW DOCKET AND LOCAL RULES REGARDING CASE REASSIGNMENT; CONSIDER STRATEGY FOR UPCOMING DEADLINES AND [REDACTED]; STRATEGY CORRESPONDENCE WITH OFFIT REGARDING JUDICIAL ASSIGNMENT, UPCOMING DEADLINES AND [REDATED];<br>0.1 MULTIPLE EMAIL CORRESPONDENCE WITH PLAINTIFF REGARDING WITHDRAWAL OF EXPEDITED DISCOVERY REQUESTS FOR ALL DEFENDANTS. [NOT PART OF FEE REQUEST] |
| 5/12/2025 | MARC C. SMITH | 0.10 | 540.00 | 54.00 | REVIEW AND REVISE MOTION FOR EXTENSION. | |
| 5/12/2025 | LAUREN SABOL | 0.50 | 540.00 | 270.00 | EMAIL CORRESPONDENCE WITH PLAINTIFF REGARDING EXTENSION REQUEST; EMAILS TO ALL CLIENTS REGARDING PLAINTIFF CONSENTING TO EXTENSION REQUEST; DRAFT EXTENSION REQUEST WITH CASE BACKGROUND; REVIEW JUDGE ROWLAND RULES REGARDING EXTENSIONS; COORDINATE WITH LOCAL N.D.ILL. COUNSEL (MARC SMITH) THE EXTENSION REQUEST AND FILING. | |
| 5/13/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | REVISE EXTENSION REQUEST; COORDINATE FILING OF SAME; EMAIL CORRESPONDENCE WITH ALL CLIENTS REGARDING EXTENSION. | |
| | | 0.80 | | 432.00 | TOTAL FEES IN CATEGORY F | |

### CATEGORY F - GIEURY-US

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | Narrative | Notes |
|---|---|---|---|---|---|---|
| 5/9/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | REVIEW DOCKET AND LOCAL RULES REGARDING CASE REASSIGNMENT; CONSIDER STRATEGY FOR UPCOMING DEADLINES AND [REDACTED]; STRATEGY CORRESPONDENCE WITH OFFIT REGARDING JUDICIAL ASSIGNMENT, UPCOMING DEADLINES AND [REDATED]; MULTIPLE EMAIL CORRESPONDENCE WITH PLAINTIFF REGARDING WITHDRAWAL OF EXPEDITED DISCOVERY REQUESTS FOR ALL DEFENDANTS. | 0.2 hours total. Estimated and adjusted to:<br>0.1 REVIEW DOCKET AND LOCAL RULES REGARDING CASE REASSIGNMENT; CONSIDER STRATEGY FOR UPCOMING DEADLINES AND [REDACTED]; STRATEGY CORRESPONDENCE WITH OFFIT REGARDING JUDICIAL ASSIGNMENT, UPCOMING DEADLINES AND [REDATED];<br>0.1 MULTIPLE EMAIL CORRESPONDENCE WITH PLAINTIFF REGARDING WITHDRAWAL OF EXPEDITED DISCOVERY REQUESTS FOR ALL DEFENDANTS. [NOT PART OF FEE REQUEST] |
| 5/12/2025 | MARC C. SMITH | 0.20 | 540.00 | 108.00 | REVIEW AND REVISE MOTION FOR EXTENSION. | |
| 5/12/2025 | LAUREN SABOL | 0.50 | 540.00 | 270.00 | EMAIL CORRESPONDENCE WITH PLAINTIFF REGARDING EXTENSION REQUEST; EMAILS TO ALL CLIENTS REGARDING PLAINTIFF CONSENTING TO EXTENSION REQUEST; DRAFT EXTENSION REQUEST WITH CASE BACKGROUND; REVIEW JUDGE ROWLAND RULES REGARDING EXTENSIONS; COORDINATE WITH LOCAL N.D.ILL. COUNSEL (MARC SMITH) THE EXTENSION REQUEST AND FILING. | |
| 5/12/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | CORRESPONDENCE WITH GIEURY REGARDING EXTENSION REQUEST AND REPRESENTATION IN ND ILL ACTION. | |
| 5/13/2025 | MARC C. SMITH | 0.10 | 540.00 | 54.00 | REVIEW MOTION; CORRESPOND RE: SAME. | |
| 5/13/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | REVISE EXTENSION REQUEST; COORDINATE FILING OF SAME; EMAIL CORRESPONDENCE WITH ALL CLIENTS REGARDING EXTENSION. | |
| 5/16/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | EMAIL CORRESPONDENCE WITH CLIENT REGARDING EXTENSION REQUEST. | |
| 5/19/2025 | LAUREN SABOL | 0.20 | 540.00 | 108.00 | TELEPHONE CONFERENCE TO JUDGE THARP'S CLERK REGARDING GIEURY AND AREYTECCO'S EXTENSION REQUEST; REVIEW COURT ORDER; EMAIL TO CLIENT REGARDING EXTENSION UPDATE. | |
| | | 1.40 | | 756.00 | TOTAL FEES IN CATEGORY F | |

### CATEGORY F - AREYTECO.LLC

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | Narrative | Notes |
|---|---|---|---|---|---|---|
| 5/9/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | REVIEW DOCKET AND LOCAL RULES REGARDING CASE REASSIGNMENT; CONSIDER STRATEGY FOR UPCOMING DEADLINES AND [REDACTED]; STRATEGY CORRESPONDENCE WITH OFFIT REGARDING JUDICIAL ASSIGNMENT, UPCOMING DEADLINES AND [REDATED]; MULTIPLE EMAIL CORRESPONDENCE WITH PLAINTIFF REGARDING WITHDRAWAL OF EXPEDITED DISCOVERY REQUESTS FOR ALL DEFENDANTS. | 0.2 hours total. Estimated and adjusted to:<br>0.1 REVIEW DOCKET AND LOCAL RULES REGARDING CASE REASSIGNMENT; CONSIDER STRATEGY FOR UPCOMING DEADLINES AND [REDACTED]; STRATEGY CORRESPONDENCE WITH OFFIT REGARDING JUDICIAL ASSIGNMENT, UPCOMING DEADLINES AND [REDATED];<br>0.1 MULTIPLE EMAIL CORRESPONDENCE WITH PLAINTIFF REGARDING WITHDRAWAL OF EXPEDITED DISCOVERY REQUESTS FOR ALL DEFENDANTS. [NOT PART OF FEE REQUEST] |
| 5/12/2025 | MARC C. SMITH | 0.20 | 540.00 | 108.00 | REVIEW AND REVISE MOTION FOR EXTENSION. | |

## CATEGORY F

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/12/2025 | LAUREN SABOL | 0.50 | 540.00 | 270.00 | EMAIL CORRESPONDENCE WITH PLAINTIFF REGARDING EXTENSION REQUEST; EMAILS TO ALL CLIENTS REGARDING PLAINTIFF CONSENTING TO EXTENSION REQUEST; DRAFT EXTENSION REQUEST WITH CASE BACKGROUND; REVIEW JUDGE ROWLAND RULES REGARDING EXTENSIONS; COORDINATE WITH LOCAL N.D.ILL. COUNSEL (MARC SMITH) THE EXTENSION REQUEST AND FILING. |
| 5/13/2025 | MARC C. SMITH | 0.20 | 540.00 | 108.00 | REVIEW MOTION; CORRESPOND RE: SAME. |
| 5/13/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | REVISE EXTENSION REQUEST; COORDINATE FILING OF SAME; EMAIL CORRESPONDENCE WITH ALL CLIENTS REGARDING EXTENSION. |
| 5/19/2025 | LAUREN SABOL | 0.20 | 540.00 | 108.00 | TELEPHONE CONFERENCE TO JUDGE THARP'S CLERK REGARDING GIEURY AND AREYTECCO'S EXTENSION REQUEST; REVIEW COURT ORDER; EMAIL TO CLIENT REGARDING EXTENSION UPDATE. |
| | | **1.30** | | **702.00** | **TOTAL FEES IN CATEGORY F** |

NOTES:
100% of the time related to the case transfer and extension request/judicial reassignment is attributable to Plaintiff's violation of the related-case order.

For entries that were block billed, time was estimated and adjusted to only relevant work

## CATEGORY G

**CATEGORY G - GRT.STORE AND YLY TRAVEL**

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | Narrative | Notes |
|---|---|---|---|---|---|---|
| 5/15/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | ~~REVIEW OFFIT MOTION TO WITHDRAW;~~ REVIEW COURT SHOW CAUSE ORDER; EMAILS TO ALL CLIENTS REGARDING ~~MOTION TO WITHDRAW,~~ SHOW CAUSE ORDER, AND CASE STRATEGY. | 0.2 hours total. Estimated and adjusted to: 0.1 REVIEW OFFIT MOTION TO WITHDRAW; EMAILS TO ALL CLIENTS REGARDING MOTION TO WITHDRAW. [NOT PART OF FEE REQUEST] **0.1 REVIEW COURT SHOW CAUSE ORDER; EMAILS TO ALL CLIENTS REGARDING SHOW CAUSE ORDER, AND CASE STRATEGY** |
| 5/19/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | EMAIL TO ALL CLIENTS REGARDING STRATEGY FOR UPCOMING HEARING AND POTENTIAL MONETARY SANCTIONS REQUEST. | |
| 5/22/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | COORDINATE COLLECTION OF INTERNAL BILLINGS, CLIENT EXPENSES, AND OFFIT FEES FOR ATTORNEY FEE SUBMISSION. | |
| 5/23/2025 | LAUREN SABOL | 0.20 | 540.00 | 108.00 | DRAFT PROPOSED SANCTIONS ORDER FOR ALL DEFENDANTS. | |
| 5/27/2025 | LAUREN SABOL | 1.30 | 540.00 | 702.00 | DRAFT AND REVISE PROPOSED ORDER REGARDING FEES; COMPILE RELEVANT ENTRIES FROM FOX ROTHSCHILD BILLED TIME FOR PROPOSED ORDER EXHIBIT; CORRESPONDENCE WITH CLIENTS REGARDING PROPOSED FEE ORDER. | |
| 5/28/2025 | LAUREN SABOL | 1.8 | 540 | 972.00 | DRAFT AND REVISE PROPOSED ORDER REGARDING FEES; COMPILE RELEVANT ENTRIES FROM FOX ROTHSCHILD UNBILLED TIME AND FEES FOR PROPOSED ORDER EXHIBIT; FILE PROPOSED ORDER AND EXHIBITS WITH COURT. | |
| | | **3.60** | | **1,944.00** | **TOTAL FEES IN CATEGORY G** | |

**CATEGORY G - GIEURY-US**

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | Narrative | Notes |
|---|---|---|---|---|---|---|
| 5/15/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | ~~REVIEW OFFIT MOTION TO WITHDRAW;~~ REVIEW COURT SHOW CAUSE ORDER; EMAILS TO ALL CLIENTS REGARDING ~~MOTION TO WITHDRAW,~~ SHOW CAUSE ORDER, AND CASE STRATEGY. | 0.2 hours total. Estimated and adjusted to: 0.1 REVIEW OFFIT MOTION TO WITHDRAW; EMAILS TO ALL CLIENTS REGARDING MOTION TO WITHDRAW. [NOT PART OF FEE REQUEST] **0.1 REVIEW COURT SHOW CAUSE ORDER; EMAILS TO ALL CLIENTS REGARDING SHOW CAUSE ORDER, AND CASE STRATEGY** |
| 5/19/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | EMAIL TO ALL CLIENTS REGARDING STRATEGY FOR UPCOMING HEARING AND POTENTIAL MONETARY SANCTIONS REQUEST. | |
| 5/21/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | CORRESPONDENCE WITH OFFIT REGARDING INVOICING FOR FEE AWARD REQUEST. | |
| 5/22/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | COORDINATE COLLECTION OF INTERNAL BILLINGS, CLIENT EXPENSES, AND OFFIT FEES FOR ATTORNEY FEE SUBMISSION. | |
| 5/23/2025 | LAUREN SABOL | 3.70 | 540.00 | 1,998.00 | REVIEW AND ANALYZE BILLINGS FROM OFFIT FOR GIEURY AND AREYTECO; SEPARATE OUT RELEVANT BILLINGS PER COURT'S SANCTION ORDER; DRAFT SPREADSHEET IDENTIFYING RELEVANT BILLINGS FOR SANCTIONS PROPOSED ORDER; CORRESPONDENCE WITH GIEURY AND OFFIT REGARDING BILLINGS AND SANCTIONS PROPOSED ORDER. | |
| 5/23/2025 | LAUREN SABOL | 0.20 | 540.00 | 108.00 | DRAFT PROPOSED SANCTIONS ORDER FOR ALL DEFENDANTS. | |
| 5/27/2025 | LAUREN SABOL | 1.30 | 540.00 | 702.00 | DRAFT AND REVISE PROPOSED ORDER REGARDING FEES; COMPILE RELEVANT ENTRIES FROM FOX ROTHSCHILD BILLED TIME FOR PROPOSED ORDER EXHIBIT; CORRESPONDENCE WITH CLIENTS REGARDING PROPOSED FEE ORDER. | |
| 5/28/2025 | LAUREN SABOL | 1.8 | 540 | 972.00 | DRAFT AND REVISE PROPOSED ORDER REGARDING FEES; COMPILE RELEVANT ENTRIES FROM FOX ROTHSCHILD UNBILLED TIME AND FEES FOR PROPOSED ORDER EXHIBIT; FILE PROPOSED ORDER AND EXHIBITS WITH COURT. | |
| | | **7.40** | | **3,996.00** | **TOTAL FEES IN CATEGORY G** | |

**CATEGORY G - AREYTECO.LLC**

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | Narrative | Notes |
|---|---|---|---|---|---|---|

## CATEGORY G

| Date | Name | Hours | Rate | Amount | Description | Adjustment |
|---|---|---|---|---|---|---|
| 5/15/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | ~~REVIEW OFFIT MOTION TO WITHDRAW;~~ REVIEW COURT SHOW CAUSE ORDER; EMAILS TO ALL CLIENTS REGARDING ~~MOTION TO WITHDRAW,~~ SHOW CAUSE ORDER, AND CASE STRATEGY. | **0.2 hours total. Estimated and adjusted to:** 0.1 REVIEW OFFIT MOTION TO WITHDRAW; EMAILS TO ALL CLIENTS REGARDING MOTION TO WITHDRAW. [NOT PART OF FEE REQUEST] **0.1 REVIEW COURT SHOW CAUSE ORDER; EMAILS TO ALL CLIENTS REGARDING SHOW CAUSE ORDER, AND CASE STRATEGY** |
| 5/19/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | EMAIL TO ALL CLIENTS REGARDING STRATEGY FOR UPCOMING HEARING AND POTENTIAL MONETARY SANCTIONS REQUEST. | |
| 5/21/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | CORRESPONDENCE WITH OFFIT REGARDING INVOICING FOR FEE AWARD REQUEST. | |
| 5/22/2025 | LAUREN SABOL | 0.10 | 540.00 | 54.00 | COORDINATE COLLECTION OF INTERNAL BILLINGS, CLIENT EXPENSES, AND OFFIT FEES FOR ATTORNEY FEE SUBMISSION. | |
| 5/23/2025 | LAUREN SABOL | 3.70 | 540.00 | 1,998.00 | REVIEW AND ANALYZE BILLINGS FROM OFFIT FOR GIEURY AND AREYTECO; SEPARATE OUT RELEVANT BILLINGS PER COURT'S SANCTION ORDER; DRAFT SPREADSHEET IDENTIFYING RELEVANT BILLINGS FOR SANCTIONS PROPOSED ORDER; CORRESPONDENCE WITH GIEURY AND OFFIT REGARDING BILLINGS AND SANCTIONS PROPOSED ORDER. | |
| 5/23/2025 | LAUREN SABOL | 0.20 | 540.00 | 108.00 | DRAFT PROPOSED SANCTIONS ORDER FOR ALL DEFENDANTS. | |
| 5/27/2025 | LAUREN SABOL | 1.30 | 540.00 | 702.00 | DRAFT AND REVISE PROPOSED ORDER REGARDING FEES; COMPILE RELEVANT ENTRIES FROM FOX ROTHSCHILD BILLED TIME FOR PROPOSED ORDER EXHIBIT; CORRESPONDENCE WITH CLIENTS REGARDING PROPOSED FEE ORDER. | |
| 5/28/2025 | LAUREN SABOL | 1.8 | 540 | 972.00 | DRAFT AND REVISE PROPOSED ORDER REGARDING FEES; COMPILE RELEVANT ENTRIES FROM FOX ROTHSCHILD UNBILLED TIME AND FEES FOR PROPOSED ORDER EXHIBIT; FILE PROPOSED ORDER AND EXHIBITS WITH COURT. | |
| | | **7.40** | | **3,996.00** | **TOTAL FEES IN CATEGORY G** | |

NOTES:
100% of the time spent analyzing sanctions and preparing the proposed order for fees is attributable to Plaintiff's violation of the Court's related-case order.

For entries that were block billed, time was estimated and adjusted to only relevant work

2

# CATEGORY H

### CATEGORY H - GRT.STORE AND YLY TRAVEL

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | Narrative | Notes |
|---|---|---|---|---|---|---|
| 5/19/2025 | LAUREN SABOL | 0.20 | 540.00 | 108.00 | DRAFT AND FILE PRO HAC VICE MOTION AND NOTICE OF APPEARANCE FOR APPEARANCE AT HEARING ON 5/21. | |
| 5/20/2025 | LAUREN SABOL | 1.50 | 540.00 | 810.00 | PREPARE FOR SHOW CAUSE HEARING; CONSIDER STRATEGY REGARDING SANCTIONS REQUEST; TRAVEL FROM PITTSBURGH TO CHICAGO FOR SHOW CAUSE HEARING. | |
| 5/21/2025 | LAUREN SABOL | 1.60 | 540.00 | 864.00 | PREPARE FOR AND ATTEND SHOW CAUSE HEARING; CORRESPONDENCE WITH CLIENTS REGARDING RESULT OF SHOW CAUSE HEARING; TRAVEL FROM CHICAGO TO PITTSBURGH AFTER SHOW CAUSE HEARING. | |
| | | 3.30 | | 1,782.00 | TOTAL FEES IN CATEGORY H | |

| Cost Type | | | Total | Narrative | Notes |
|---|---|---|---|---|---|
| TRAVEL EXPENSE | | | $ 338.80 | Lauren Sabol - Travel expenses for N.D. Ill. Show Cause Hearing | |
| COURT FILING FEE | | | $ 150.00 | Lauren Sabol - N.D. Ill. Pro Hac Vice Admission | |
| | | | $ 488.80 | TOTAL EXPENSES IN CATEGORY H | |

### CATEGORY H - GIEURY-US

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | Narrative | Notes |
|---|---|---|---|---|---|---|
| 5/19/2025 | LAUREN SABOL | 0.20 | 540.00 | 108.00 | DRAFT AND FILE PRO HAC VICE MOTION AND NOTICE OF APPEARANCE FOR APPEARANCE AT HEARING ON 5/21. | |
| 5/20/2025 | LAUREN SABOL | 1.50 | 540.00 | 810.00 | PREPARE FOR SHOW CAUSE HEARING; CONSIDER STRATEGY REGARDING SANCTIONS REQUEST; TRAVEL FROM PITTSBURGH TO CHICAGO FOR SHOW CAUSE HEARING. | |
| 5/21/2025 | LAUREN SABOL | 0.30 | 540.00 | 162.00 | TELEPHONE CONFERENCE WITH GIEURY REGARDING SHOW CAUSE ORDER AND FEE AWARD. | |
| 5/21/2025 | LAUREN SABOL | 1.60 | 540.00 | 864.00 | PREPARE FOR AND ATTEND SHOW CAUSE HEARING; CORRESPONDENCE WITH CLIENTS REGARDING RESULT OF SHOW CAUSE HEARING; TRAVEL FROM CHICAGO TO PITTSBURGH AFTER SHOW CAUSE HEARING. | |
| | | 3.60 | | 1,944.00 | TOTAL FEES IN CATEGORY H | |

| Cost Type | | | Total | Narrative | Notes |
|---|---|---|---|---|---|
| TRAVEL EXPENSE | | | $ 338.79 | Lauren Sabol - Travel expenses for N.D. Ill. Show Cause Hearing | |
| COURT FILING FEE | | | $ 150.00 | Lauren Sabol - N.D. Ill. Pro Hac Vice Admission | |
| | | | $ 488.79 | TOTAL EXPENSES IN CATEGORY H | |

### CATEGORY H - AREYTECO.LLC

| Work Date | Timekeeper | WIP Amount | Rate | Amount Billed | Narrative | Notes |
|---|---|---|---|---|---|---|
| 5/19/2025 | LAUREN SABOL | 0.20 | 540.00 | 108.00 | DRAFT AND FILE PRO HAC VICE MOTION AND NOTICE OF APPEARANCE FOR APPEARANCE AT HEARING ON 5/21. | |
| 5/20/2025 | LAUREN SABOL | 1.50 | 540.00 | 810.00 | PREPARE FOR SHOW CAUSE HEARING; CONSIDER STRATEGY REGARDING SANCTIONS REQUEST; TRAVEL FROM PITTSBURGH TO CHICAGO FOR SHOW CAUSE HEARING. | |
| 5/21/2025 | LAUREN SABOL | 1.60 | 540.00 | 864.00 | PREPARE FOR AND ATTEND SHOW CAUSE HEARING; CORRESPONDENCE WITH CLIENTS REGARDING RESULT OF SHOW CAUSE HEARING; TRAVEL FROM CHICAGO TO PITTSBURGH AFTER SHOW CAUSE HEARING. | |
| | | 3.30 | | 1,782.00 | TOTAL FEES IN CATEGORY H | |

| Cost Type | | | Total | Narrative | Notes |
|---|---|---|---|---|---|
| TRAVEL EXPENSE | | | $ 338.79 | Lauren Sabol - Travel expenses for N.D. Ill. Show Cause Hearing | |
| COURT FILING FEE | | | $ 150.00 | Lauren Sabol - N.D. Ill. Pro Hac Vice Admission | |
| | | | $ 488.79 | TOTAL EXPENSES IN CATEGORY H | |

## CATEGORY H

NOTES:
100% of the time spent preparing for and attending the N.D. Ill. Show Cause hearing is attributable to Plaintiff's violation of the Court's related-case order.

For entries that were block billed, time was estimated and adjusted to only relevant work